DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

GEORGIA GARTHWAITE
Trial Attorney, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-616-3129
Facsimile: 202-514-8865
Email: *georgia.garthwaite@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|     Plaintiff,                      ) | Case No.  2:15-cv-1743 |
|                                     ) | |
|     v.                              ) | |
|                                     ) | |
| 400 ACRES OF LAND, MORE OR LESS,    ) | |
| SITUATE IN LINCOLN COUNTY, STATE OF ) | |
| NEVADA; and JESSIE J. COX, *et al.*,) | |
|                                     ) | |
|     Defendants.                     | |

**COMPLAINT IN CONDEMNATION [With Declaration of Taking]**

1. This is a civil action brought by the United States of America at the request of the Secretary of the Air Force, through the Deputy Assistant Secretary for Installations, for the taking of property under the power of eminent domain through a Declaration of Taking and for the determination and award of just compensation to the owners and parties in interest.

2. This Court has jurisdiction over all relevant matters in this case as provided by 28 U.S.C. § 1358.

3. The authority for the taking of the interests in land is under and in accordance with 10 U.S.C. § 2663(a), which authorizes the Secretary of a military department to acquire any interest in land that is needed for the site, construction, or operation of fortifications or military training camps; the Act of Congress approved February 26, 1931, as amended (46 Stat. 1421, codified at 40 U.S.C. § 3114); the Act of Congress approved August 1, 1888, as amended (25 Stat. 357, codified at 40 U.S.C. § 3113); Sections 101 and 4101 of the National Defense Authorization Act for Fiscal Year 2015, Pub. L. No. 113-291, 128 Stat. 3296, which authorized the appropriation of funds for this acquisition; and the Consolidated and Further Continuing Appropriations Act, 2015, Pub. L. No. 113-235, 128 Stat. 2246, which Act made funds available for this acquisition. The authority granted to the Secretary of the Air Force in 10 U.S.C. § 2663(a) is delegated to the Assistant Secretary of the Air Force for Installations, Environment and Energy (SAF/IE) in Headquarters Air Force Mission Directive 1-18, dated July 10, 2014, Paragraph A1.1.3, and re-delegated to the Deputy Assistant Secretary of the Air Force for Installations (SAF/IEI) in the SAF/IE Re-delegation Memorandum dated August 14, 2015, Paragraph I(B). These authorities are also described in Schedule A, attached hereto and made a part hereof.

4. The public purpose for which said interests in land are taken is described in Schedule B, attached hereto and made a part hereof.

5. A general description of the lands being taken is set forth in Schedule C, attached hereto and made a part hereof.

6. Plats (maps) showing the lands taken are attached hereto as Schedule D and made a part hereof.

7. A general description of the estates taken is set forth in Schedule E, attached hereto and made a part hereof.

8. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule F, attached hereto and made a part hereof. In addition to those persons

named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

9. Local and State taxing authorities may have or claim an interest in the property by reason of taxes and assessments.

10. The statement of estimated just compensation is set forth in Schedule G, attached hereto and made a part hereof.

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained, and such other relief as may be lawful and proper.

DATED:       September 10, 2015           UNITED STATES OF AMERICA

DANIEL G. BOGDEN
United States Attorney

TROY K. FLAKE
Assistant United States Attorney

*/s/ Georgia Garthwaite*
GEORGIA GARTHWAITE
Trial Attorney
United States Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing COMPLAINT IN CONDEMNATION [With Declaration of Taking] to be mailed, by the United States Postal Service, to the following:

| | |
|---|---|
| Lincoln County<br>c/o Mark Holt, Assessor<br>181 North Main Street, Suite 203<br>P.O. Box 420<br>Pioche, NV 89043 | Alicia R. Sheahan-Hall<br>6254 Union Avenue<br>Firestone, CO 80504 |
| | Christina Francis Sheahan<br>401 Bell Avenue<br>Henderson, NV 89015 |
| Jessie James Cox<br>P.O. Box 352<br>Mead CO 80542-0352 | Sr. Barbara S. Sheahan<br>Sisters of the Holy Family |
| Lauriene Jane (Sheahan) DeAngelo<br>24 Whispering Lane<br>Natick, MA 01760-5883 | 159 Washington Boulevard<br>P.O. Box 3248<br>Fremont, CA 94539-0324 |
| Barbara Ellen Wheatley Flanagan<br>(a.k.a. Barbara Flanagan)<br>47-978 Silver Spur Trail<br>Palm Desert, CA 941114 | Benjamin E. Sheahan and spouse Theresa Sheahan<br>401 Bell Avenue<br>Henderson NV 89015-5730 |
| Mary Avis Sheahan Fuller<br>520 Zuber Avenue<br>Henderson, NV 89011-5393 | Daniel R. Sheahan Jr.<br>656 Burton Street<br>Henderson NV 89105-7505 |
| Lisa Anne Hegwood and spouse William L. Hegwood<br>9144 County Road 24<br>Fort Lupton, CO 80621-9712 | Deborah Lynn Sheahan<br>4662 Gabriel Drive<br>Las Vegas, NV 89121 |
| Ruth Ann Houx Loughridge<br>616 Wales Drive<br>Folsom, CA  95630 | Sheahan Family Trust<br>c/o co-trustees Daniel R. Sheahan, Jr., Benjamin Sheahan and Barbara Manning<br>677 Burton Street<br>Henderson, NV 89015 |
| Barbara F. Manning<br>677 Burton Street<br>Henderson, NV 89015 | John B. Sheahan<br>c/o Michael W. Sheahan<br>6717 Rolling Meadows Drive #916<br>Sparks, NV 89436-0106 |
| Thomas H. Sears<br>P.O. Box 275<br>Pioche, NV 89043-0275 | |

1

| | |
|---|---|
| Joseph Richard Sheahan and spouse, Michelle Sheahan<br>692 Descartes Avenue<br>Henderson NV 89002-6500 | Sarah Jane Sheahan<br>8824 Utica Street<br>Westminster, CO 80031-3541 |
| Joseph Richard Sheahan<br>692 Descartes Avenue<br>Henderson NV 89002-6500 | Christine Wheatley Tanis<br>c/o counsel Christopher P. Schlies<br>699 Peters Avenue, Suite B,<br>Pleasanton, CA 94566 |
| Martha A. Sheahan and spouse, Ford Dixon III<br>10910 Turner Boulevard, Lot 55<br>Longmont, CO 80504-9556 | Heirs of Patricia Ann Wheatley |
| | Heirs of Jerome F. Sears, Jr. |
| Martha Alice Sheahan<br>10910 Turner Boulevard, Lot 55<br>Longmont, CO 80504-9556 | Heirs of Thomas O. Sears<br>(a.k.a. Tom O. Sears) |
| | Heirs of Daniel R. Sheahan |
| Michael James Sheahan<br>4 March Street<br>Nashua, NH 03060-5352 | Unknown Heirs of Timothy J. Sheahan |
| | Heirs of Winifred Wheatley |
| Michael W. Sheahan<br>6717 Rolling Meadows Drive #916<br>Sparks, NV 89436-0106 | Heirs of James D. Wheatley |
| | Heirs of Patricia Ann Wheatley |
| Patrick Joseph Sheahan and spouse Rhonda Susan Fleming<br>24482 Craft Road<br>Athens. AL 35613-7221 | Heirs of Mayme C. Brown |
| | Heirs of Mary Joyce Wheatley Haven |
| Patrick Joseph Sheahan<br>24482 Craft Road<br>Athens, AL 35613-7221 | Heirs of Thomas J. (T.J.) Wheatley |

DATED: September 10, 2015

*/s/ Georgia Garthwaite*
GEORGIA GARTHWAITE