**SCHEDULE F**
**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating, where available, the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c). All records cited are in the Lincoln County, Nevada, public records, unless otherwise noted. Information regarding the nature of each party's interest in a property is provided as an effort to assist the parties and the Court in apportioning just compensation. It is the intent of the United States to acquire all outstanding interests of the parties named below in the property condemned as described on Schedules C and D.

| Interested Party | Interest(s) in Property | Reference (if known) |
|---|---|---|
| **Lincoln County** c/o Mark Holt, Assessor 181 North Main Street, Suite 203 P.O. Box 420 Pioche, NV 89043 | All patented claims identified in Schedule C (White Lake & Conception, White Lake No. 2 & Conception No. 2, South End, South End Fraction, Bride, and Southern Groom) | Tax assessment parcel numbers 009-012-40, 009-012-37, 009-012-41, 009-012-39 |
| **Jessie James Cox** P.O. Box 352 Mead CO 80542-0352 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: <u>41/750 interest in fee, shared equally with Lisa Anne Hegwood</u> As to patented claim Bride: <u>1/5 interest, shared equally with Lisa Ann Hegwood</u> | Book 247 of Official Records of Lincoln County NV, page 238. Book 175 of Official Records, page 37. |

| | | | |
|---|---|---|---|
| 1-11 | **Lauriene Jane (Sheahan) DeAngelo**<br>24 Whispering Lane<br>Natick, MA 01760-5883 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    share in 7/150 interest in fee as heir of Timothy Sheahan and<br><br>    7/1200 interest in fee (1/2 of ¼ of 7/150 interest as heir of Sally Beck a.k.a. Dorothy Louise Beck)<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    share in 7/150 interest as heir of Timothy Sheahan and<br><br>    7/1200 interest in fee (1/2 of ¼ of 7/150 interest as heir of Alice M. Beck) | Book D-1 of Mining Deeds, page 346 (estate of Timothy Sheahan);<br><br>Book D-1 of Mining Deeds, page 350; Book 143 of Official Records, page 309 (Alice Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098 (Sally Beck);<br><br>Book D-1 of Mining Deeds, page 349 (Alice M. Beck). |
| 12-17 | **Barbara Ellen Wheatley Flanagan (a.k.a. Barbara Flanagan)**<br>47-978 Silver Spur Trail<br>Palm Desert, CA 941114 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    1/50 undivided interest in fee<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    1/50 undivided interest | Book 97, Pages 583 and 585; Book D-1, Page 83. |
| 18-25 | **Barbara Ellen Wheatley Flanagan**, as her sole and separate property<br>47-978 Silver Spur Trail<br>Palm Desert, CA 941114<br><br>**Other heirs of Patricia Ann Wheatley** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    share in 1/50 undivided interest in fee via estate of Patricia Ann Wheatley<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    share in 1/50 undivided interest via estate of Patricia Ann Wheatley | Book 97, Pages 583 and 585; Book D-1, Page 83; unprobated will of Patricia A. Wheatley (dated June 22, 1993). |
| 26 | **Mary Avis Sheahan Fuller**, as her sole and | As to patented claims White Lake & Conception and White Lake No. 2 & | Book 175 of Official Records, page 37; |

F-2

| | | | |
|---|---|---|---|
| 1 | separate property 520 Zuber Avenue Henderson, NV 89011-5393 | Conception No. 2: <br>    41/750 interest in fee and <br>    7/9000 interest in fee (1/5 of 1/3 of ¼ of 7/150 interest as heir of Sally Beck a.k.a. Dorothy Louise Beck) <br> As to patented claim Bride: <br>    1/5 interest in fee <br> As to patented claims South End and South End Fraction: <br>    1/7 interest in fee <br> As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June: <br>    41/750 interest and <br>    7/9000 interest (1/5 of 1/3 of ¼ of 7/150 interest as heir of Alice M. Beck) <br> As to unpatented claims Mill, Pond and July: <br>    1/10 interest <br> As to unpatented claims Martha. Ford, Junior, Senior, Cliff, Avis and Mary: <br>    1/15 interest | Book D-1 of Mining Deeds, page 350; Book 143 of Official Records, page 309 (Alice M. Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098; <br><br> Book 268 of Official Records, page 178. |
| | **Lisa Anne Hegwood and spouse William L. Hegwood** <br> **9144 County Road 24** <br> **Fort Lupton, CO 80621-9712** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: <br>    41/750 interest in fee, shared equally with Jessie James Cox <br> As to patented claim Bride: <br>    1/5 interest in fee, shared equally with Jessie James Cox | Book 175 of Official Records, page 37; Book 247 of Official Records of Lincoln County NV, page 238. |
| | **Ruth Ann Houx Loughridge** <br> 616 Wales Drive <br> Folsom, CA 95630 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: | Book D-1 of Mining Deeds, page 349; <br><br> Book D-1 of Mining |

F-3

| | | |
|---|---|---|
| | 7/150 interest in fee, and<br><br>7/300 interest in fee (1/4 of 7/150 interest in fee as heir of Sally Beck a.k.a. Dorothy Louise Beck)<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    7/150 interest and<br><br>    7/300 interest (1/4 of 7/150 interest as heir of Alice M. Beck) | Deeds, page 350 (Alice Beck); Book 143 of Official Records, page 309 (Alice Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098. |
| **Barbara F. Manning**<br>677 Burton Street<br>Henderson, NV 89015 | As to patented claims South End and South End Fraction:<br><br>    1/7 interest in fee | Book 268 of Official Records, page 178 |
| **Sandra Sears-Lavallee**,<br>*surviving spouse of Jerome F. Sears, Jr.*<br>4729 San Rafael Avenue<br>Las Vegas, NV 89120-1676<br><br>**Thomas H. Sears**,<br>*surviving son of Jerome F. Sears, Jr.*<br>P.O. Box 275<br>Pioche, NV 89043-0275<br><br>**Other Heirs of Jerome F. Sears, Jr**. | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    share in 1/12 interest in fee as heir(s) of Jerome F. Sears, Jr.<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    share in 1/12 interest as heir(s) of Jerome F. Sears, Jr. | Book D-1 of Mining Deeds, pages 337, 344, and 345;<br><br>Book 7 of Official Records, page 377. |
| **Patricia Fern Sears**,<br>*surviving spouse of Thomas O. Sears*<br>P.O. Box 71<br>Pioche, NV 89043-0071<br><br>**Other Heirs of Thomas O. Sears (a.k.a. Tom O. Sears)** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2; and unpatented mineral claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    share in 1/12 interest in fee as heir(s) of Thomas O. Sears a.k.a. Tom O. Sears | Book D-1 of Mining Deeds, pages 337, 344, and 345;<br><br>Book 7 of Official Records, page 377. |

| | | | |
|---|---|---|---|
| | | As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    share in 1/12 interest as heir(s) of Thomas O. Sears a.k.a. Tom O. Sears | |
| | **Alicia R. Sheahan-Hall**<br>6254 Union Avenue<br>Firestone, CO 80504 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    claimed share in 9 1/9 % interest in fee, possibly shared with Christina Francis Sheahan<br><br>As to patented claim Southern Groom:<br><br>    claimed share in 33 1/3 % interest in fee, possibly shared with Christina Francis Sheahan<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    claimed share in 9 1/9 % interest, possibly shared with Christina Francis Sheahan<br><br>As to unpatented mining claims July, Pond and Mill:<br><br>    claimed share in 16 2/3 % interest, possibly shared with Christina Francis Sheahan<br><br>As to unpatented mining claims Martha, Ford, Junior, Senior, Cliff, Avis and Mary:<br><br>    claimed share in 11 1/9 % interest possibly shared with Christina Francis Sheahan | Partial copy of apparently unrecorded Quitclaim Deed by the Sheahan Family Trust, dated August 29, 1998, to Alicia Rae Sheahan-Hall and Christina Francis Sheahan, date unknown. |
| | **Christina Francis Sheahan**<br>401 Bell Avenue<br>Henderson, NV 89015 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    possible share in 9 1/9 % interest in fee, possibly shared with Alicia | Partial copy of apparently unrecorded Quitclaim Deed by the Sheahan Family Trust, dated August 29, 1998, |

F-5

| | | | |
|---|---|---|---|
| | | R. Sheahan-Hall | to Alicia Rae Sheahan-Hall and Christina Francis Sheahan, date unknown. |
| | | As to patented claim Southern Groom: | |
| | |     possible share in 33 1/3 % interest in fee, possibly shared with Alicia R. Sheahan-Hall | |
| | | As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June: | |
| | |     possible share in 9 1/9 % interest, possibly shared with Alicia R. Sheahan-Hall | |
| | | As to unpatented mining claims July, Pond and Mill: | |
| | |     possible share in 16 2/3 % interest, possibly shared with Alicia R. Sheahan-Hall | |
| | | As to unpatented mining claims Martha, Ford, Junior, Senior, Cliff, Avis and Mary: | |
| | |     possible share in 11 1/9 % interest, possibly shared with Alicia R. Sheahan-Hall | |
| | **Sr. Barbara S. Sheahan**<br>Sisters of the Holy Family<br>159 Washington Boulevard<br>P.O. Box 3248<br>Fremont, CA 94539-0324 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    7/9000 interest in fee (1/3 of ¼ of 7/150 interest in fee (as heir of Sally Beck a.k.a. Dorothy Louise Beck)<br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br>    7/9000 interest (1/3 of ¼ of 7/150 interest (as heir of Sally Beck a.k.a. Dorothy Louise Beck) | Book D-1 of Mining Deeds, page 350 (Alice M. Beck); Book 143 of Official Records, page 309 (Alice Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098. |

F-6

| | | |
|---|---|---|
| **Benjamin E. Sheahan and spouse Theresa Sheahan** 401 Bell Avenue Henderson NV 89015-5730 | As to patented claims South End and South End Fraction: <u>1/7 interest in fee</u> | Book 268 of Official Records, page 178. |
| **Daniel R. Sheahan Jr.** 656 Burton Street Henderson NV 89105-7505  **Deborah Lynn Sheahan**, *as former spouse of Daniel R. Sheahan, Jr.* 4662 Gabriel Drive Las Vegas, NV 89121 | As to patented claims South End and South End Fraction: <u>1/7 interest in fee</u> | Book 268 of Official Records, page 178. |
| **Sheahan Family Trust**; Co-trustees Daniel R. Sheahan, Jr., Benjamin Sheahan and Barbara Manning 677 Burton Street Henderson, NV 89015 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: <u>share in 41/750 interest in fee</u> As to patented claim Southern Groom: <u>share in fee interest (100%)</u> As to unpatented mineral claims Maria, Willow, East Side No. 1, East Side No. 2, and June: <u>share in 41/750 interest</u> As to unpatented mining claims Mill, Pond and July: <u>share in ½ interest</u> As to unpatented mineral claims Martha. Ford, Senior, Junior and Cliff: <u>share in 1/3 interest</u> | Book 197 of Official Records, page 329. |
| **Heirs of Daniel R. Sheahan** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: <u>7/1800 interest in fee (1/3 of ¼ of 7/150 interest in fee as heir of Sally Beck a.k.a. Dorothy Louise Beck)</u> As to unpatented mineral claims | Book D-1 of Mining Deeds, page 350 (Alice M. Beck); Book 143 of Official Records, page 309 (Alice M. Beck to Sally Beck); Los Angeles County |

F-7

| | | |
|---|---|---|
| | Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>7/1800 interest (1/3 of ¼ of 7/150 interest as heir of Alice M. Beck) | Superior Court Case No. BP 076098. |
| **Heirs of D.R. Sheahan** | As to unpatented claims Mary and Avis:<br><br>1/3 interest | Book V-1 of Mining Notices, Page 133. |
| | | |
| **John B. Sheahan**<br>c/o Michael W. Sheahan<br>6717 Rolling Meadows Drive #916<br>Sparks, NV 89436-0106 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>7/300 interest in fee<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>7/300 interest<br><br>As to unpatented mining claims Martha, Ford, Junior, Senior, Cliff, Avis and Mary:<br><br>an undivided 1/6 interest | Book 80 of Official Records, page 281. |
| | | |
| **Joseph Richard Sheahan and spouse, Michelle Sheahan**<br>692 Descartes Avenue<br>Henderson NV 89002-6500 | As to patented claims South End and South End Fraction:<br><br>1/7 interest in fee | Book 268 of Official Records, page 178. |

| | | |
|---|---|---|
| **Joseph Richard Sheahan**, *as his sole and separate property* 692 Descartes Avenue Henderson NV 89002-6500 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: <br>    41/750 interest in fee and <br>    7/9000 interest in fee (1/5 of 1/3 of ¼ of 7/150 interest as heir of Sally Beck) <br> As to patented claim Bride: <br>    1/5 interest in fee <br> As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June: <br>    41/750 interest and <br>    7/9000 interest (1/5 of 1/3 of ¼ of 7/150 interest as heir of Alice M. Beck) <br> As to unpatented mining claims Mill, Pond, July: <br>    1/10 interest <br> As to unpatented mining claims Martha, Ford, Junior, Senior, Cliff, Avis, and Mary: <br>    1/15 interest | Book 175 of Official Records, page 37; <br><br> Book D-1 of Mining Deeds, page 350 (Alice M. Beck); Book 143 of Official Records, page 309 (Alice M. Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098. |
| **Martha A. Sheahan and spouse, Ford Dixon III** 10910 Turner Boulevard, Lot 55 Longmont, CO 80504-9556 | As to South End and South End Fraction patented mining claims: <br>    1/7 interest in fee | Book 268 of Official Records, page 178. |

| | | |
|---|---|---|
| **Martha Alice Sheahan**, *as her sole and separate property*<br>10910 Turner Boulevard, Lot 55<br>Longmont, CO 80504-9556 | As to patented claim Bride:<br>    1/5 interest in fee<br>As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    7/9000 interest in fee (1/5 of 1/3 of ¼ of 7/150 interest as heir of Sally Beck, a.k.a. Dorothy Louise Beck)<br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br>    7/9000 interest (1/5 of 1/3 of ¼ of 7/150 interest as heir of Alice M. Beck)<br>As to unpatented mining claims Mill, Pond, July:<br>    1/10 interest<br>As to unpatented mining claims Martha, Ford, Junior, Senior, Cliff, Avis and Mary:<br>    1/15 interest | Book 175 of Official Records, page 37;<br><br>Book D-1 of Mining Deeds, page 350 (Alice M. Beck); Book 143 of Official Records, page 309 (Alice M. Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098. |
| **Michael James Sheahan**<br>4 March Street<br>Nashua, NH 03060-5352 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    share in 7/150 interest in fee as heir of Timothy Sheahan and<br>    7/1200 interest in fee (1/2 of ¼ of 7/150 interest as heir of Sally Beck a.k.a. Dorothy Louise Beck)<br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br>    share in 7/150 interest as heir of Timothy Sheahan and<br>    7/1200 interest (1/2 of 1/4 of 7/150 interest as heir of Alice M. Beck) | Book D-1 of Mining Deeds, page 346 (estate of Timothy Sheahan);<br><br>Book D-1 of Mining Deeds, page 350 (Alice M. Beck); Book 143 of Official Records, page 309 (Alice M. Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098. |

| | | |
|---|---|---|
| **Michael W. Sheahan**<br>6717 Rolling Meadows Drive #916<br>Sparks, NV 89436-0106 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    7/300 interest in fee<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    7/300 interest<br><br>As to unpatented claims Martha, Ford, Junior, Senior, Cliff, Avis and Mary:<br><br>    an undivided 1/6 interest | Book 80 of Official Records, page 281. |
| **Patrick Joseph Sheahan and spouse Rhonda Susan Fleming**<br>24482 Craft Road<br>Athens. AL 35613-7221 | As to patented claims South End and South End Fraction:<br><br>    1/7 interest in fee<br><br>As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    7/9000 interest in fee (1/5 of 1/3 of 1/4 of 7/150 interest in fee as heir of Sally Beck, a.k.a. Dorothy Louise Beck)<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    7/9000 interest (1/5 of 1/3 of 1/4 of 7/150 interest as heir of Alice M. Beck) | Book 268 of Official Records, page 178.<br><br>Book D-1 of Mining Deeds, page 350 (Alice Beck); Book 143 of Official Records, page 309 (Alice Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098. |

| **Patrick Joseph Sheahan**, *as his sole and separate property* 24482 Craft Road Athens, AL 35613-7221 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    41/750 interest in fee<br>As to patented claim Bride:<br>    1/5 interest in fee<br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br>    41/750 interest<br>As to unpatented claims Mill, Pond and July:<br>    1/10 interest<br>As to unpatented claims Martha, Ford, Senior, Junior, Cliff, Avis and Mary:<br>    1/15 interest | Book 175 of Official Records, page 37 |

| | | |
|---|---|---|
| **Sarah Jane Sheahan**, *as her sole and separate property*<br>8824 Utica Street<br>Westminster, CO 80031-3541 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    41/750 interest in fee and<br><br>    7/9000 interest in fee (1/5 of 1/3 of ¼ of 7/150 interest in fee as heir of Sally Beck a.k.a. Dorothy Louise Beck)<br><br>As to patented claim Bride:<br><br>    1/5 interest in fee<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    41/750 interest and<br><br>    7/9000 interest (1/5 of 1/3 of ¼ of 7/150 interest as heir of Alice M. Beck)<br><br>As to unpatented claims Mill, Pond and July:<br><br>    1/10 interest<br><br>As to unpatented claims Martha, Ford, Senior, Junior, Cliff, Avis and Mary:<br><br>    1/15 interest | Acquired in Book 175 of Official Records, page 37;<br><br>Book D-1 of Mining Deeds, page 350 (Alice M. Beck); Book 143 of Official Records, page 309 (Alice M. Beck to Sally Beck); Los Angeles County Superior Court Case No. BP 076098 |
| **Unknown Heirs of Timothy J. Sheahan** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    share in 7/150 interest in fee<br><br>As to unpatented mineral claims Maria, Willow, East Side No. 1, East Side No. 2, and June: | Book D-1 of Mining Deeds, page 346. |

F-13

| | | |
|---|---|---|
| | share in 7/150 interest | |
| **Christine Wheatley Tanis**<br>c/o counsel, Christopher P. Schlies<br>699 Peters Avenue, Ste. B<br>Pleasanton, CA 94566<br><br>**Other heirs of Winifred Wheatley**<br><br>**Other heirs of James D. Wheatley** | As to patented mining claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    share in 1/50 interest in fee as heir to Winifred Wheatley<br>As to unpatented mineral claims Maria, Willow, East Side No. 1, East Side No. 2 and June:<br>    share in 1/50 interest as heir to James D. Wheatley | Book D-1 of Mining Deeds, page 83. |
| **Heirs of Patricia Ann Wheatley** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    share in 1/50 interest in fee<br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br>    share in 1/50 interest | As acquired in Book 97 of Official Records, page 583; unprobated will of Patricia Ann Wheatley (dated June 22, 1993). |
| **Heirs of Mayme C. Brown** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    1/50 interest in fee<br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br>    1/50 interest | Book D-1 of Mining Deeds, Page 83. |
| **Heirs of Mary Joyce Wheatley Haven**<br><br>**Heirs of Thomas J. (T.J.) Wheatley** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br>    1/50 interest in fee<br>As to unpatented claims Maria, | Book 146 of Official Records, page 316, page 319; Book D-1 of Mining Deeds, page 83. |

F-14

| | | |
|---|---|---|
| | Willow, East Side No. 1, East Side No. 2, and June:<br><br>share in 1/50 interest (estate of Thomas J. Wheatley) | |
| **Other Interested Parties** | *unknown* | |

To assist in identifying the many fractional property interests involved, each parcel's currently known interested parties are also summarized for reference:

| Parcel(s) | Interested Parties (as currently known) |
|---|---|
| **White Lake & Conception** and **White Lake No. 2 & Conception No. 2** patented mining claims | Sheahan interests (11/15)<br>  Jessie James Cox<br>  Lisa Ann Hegwood and William L. Hegwood<br>  Mary Avis Sheahan Fuller<br>  Joseph Richard Sheahan<br>  Sarah Jane Sheahan<br>  Patrick J. Sheahan<br>  Sheahan Family Trust<br>  Lauriene Jane DeAngelo<br>  Michael J. Sheahan<br>  Michael W. Sheahan<br>  John B. Sheahan<br>  Ruth Ann Houx Loughridge<br>  Alicia R. Sheahan-Hall<br>  Christina Francis Sheahan<br>  Heirs of Timothy J. Sheahan<br>  Heirs of Sally Beck a.k.a. Dorothy Louise Beck *(fractional shares of 7/150 interest)*:<br>    Heirs of Daniel R. Sheahan<br>    Sr. Barbara Sheahan<br>    Martha Alice Sheahan<br>    (*already listed above:* Patrick Sheahan, Mary Sheahan Fuller, Joseph Richard Sheahan, Sarah Jane Sheahan, Michael William Sheahan, John Benjamin Sheahan, Ruth Anne Loughridge, Michael James Sheahan and Lauriene Jane DeAngelo)<br><br>*(continued on next page)* |

|  |  |
|---|---|
|  | <u>Wheatley interests (1/10)</u><br>  Barbara Ellen Wheatley Flanagan<br>  Christine Wheatley Tanis<br>  Heirs of Patricia Ann Wheatley<br>  Heirs of Mayme Browne<br>  Heirs of Winifred Wheatley<br>  Heirs of Mary Joyce Wheatley Haven<br><br><u>Sears interests (1/6)</u><br>  Patricia Fern Sears<br>  Sandra Sears (Sandra Sears-Lavallee)<br>  Thomas H. Sears<br>  Heirs of Thomas O. Sears a.k.a. Tom Sears<br>  Heirs of Jerome F. Sears, Jr. |
| **South End** and **South End Fraction** patented mining claims | Patrick Sheahan<br>Joseph Richard Sheahan<br>Mary A. Fuller<br>Martha A. Sheahan<br>Barbara F. Sheahan Manning<br>Daniel Sheahan, Jr. |
| **Bride** patented mining claim | Jessie James Cox<br>Lisa Ann Hegwood and William L. Hegwood<br>Mary Avis Sheahan Fuller<br>Joseph Richard Sheahan<br>Sarah Jane Sheahan<br>Patrick J. Sheahan |
| **Southern Groom** patented mining claim | Sheahan Family Trust<br>Alicia R. Sheahan-Hall<br>Christina Francis Sheahan |

F-16

| **Maria**, **Willow**, **East Side No. 1**, **East Side No. 2** and **June** unpatented claims | Sheahan interests (11/15)<br>  Jessie James Cox<br>  Martha A. Sheahan<br>  Mary Avis Sheahan Fuller<br>  Joseph Richard Sheahan<br>  Sarah Jane Sheahan<br>  Patrick J. Sheahan<br>  Sheahan Family Trust<br>  Lauriene Jane DeAngelo<br>  Michael J. Sheahan<br>  Michael W. Sheahan<br>  John B. Sheahan<br>  Ruth Ann Houx Loughridge<br>  Alicia R. Sheahan-Hall<br>  Christina Francis Sheahan<br>  Heirs of Timothy J. Sheahan<br>  Heirs of Alice M. Beck *(fractional shares of 7/150 interest)*:<br>      Heirs of Daniel R. Sheahan<br>      Sr. Barbara Sheahan<br>      (*already listed above:* Patrick Sheahan, Martha Alice Sheahan, Mary Sheahan Fuller, Joseph Richard Sheahan, Sarah Jane Sheahan, Michael William Sheahan, John Benjamin Sheahan, Ruth Anne Loughridge, Michael James Sheahan and Lauriene Jane DeAngelo)<br><br>Wheatley interests (1/10)<br>  Barbara Ellen Wheatley Flanagan<br>  Christine Wheatley Tanis<br>  Heirs of Patricia Ann Wheatley<br>  Heirs of Mayme Browne<br>  Heirs of James D. Wheatley<br>  Heirs of Thomas J. Wheatley<br><br>Sears interests (1/6)<br>  Patricia Fern Sears<br>  Sandra Sears (Sandra Sears-Lavallee)<br>  Thomas H. Sears<br>  Heirs of Thomas O. Sears a.k.a. Tom Sears<br>  Heirs of Jerome F. Sears, Jr. |
|---|---|

| | | |
|---|---|---|
| 1 | **July**, **Mill** and **Pond** unpatented claims | Martha A. Sheahan<br>Mary Avis Sheahan Fuller<br>Joseph Richard Sheahan<br>Sarah Jane Sheahan<br>Patrick J. Sheahan<br>Alicia R. Sheahan-Hall<br>Christina Francis Sheahan |
| 2 | **Junior**, **Senior**, **Ford**, **Martha** and **Cliff** unpatented claims | Sheahan Family Trust<br>Michael W. Sheahan<br>John B. Sheahan<br>Martha A. Sheahan<br>Mary A. Sheahan Fuller<br>Joseph Richard Sheahan<br>Sarah Jane Sheahan<br>Patrick J. Sheahan<br>Alicia R. Sheahan-Hall<br>Christina Francis Sheahan |
| 3 | **Mary** and **Avis** unpatented claims | Heirs of D.R. Sheahan<br>Michael W. Sheahan<br>John B. Sheahan<br>Martha A. Sheahan<br>Mary A. Sheahan Fuller<br>Joseph Richard Sheahan<br>Sarah Jane Sheahan<br>Patrick J. Sheahan<br>Alicia R. Sheahan-Hall<br>Christina Francis Sheahan |