DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

GEORGIA GARTHWAITE
Trial Attorney, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-616-3129
Facsimile: 202-514-8865
Email: *georgia.garthwaite@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 400 ACRES OF LAND, MORE OR LESS, ) <br> SITUATE IN LINCOLN COUNTY, STATE OF ) <br> NEVADA; and JESSIE J. COX, *et al.*, ) <br> ) <br> Defendants. | Case No.   2:15-cv-1743 |

**MOTION FOR ORDER FOR CLERK TO DEPOSIT FUNDS**

Plaintiff, United States of America, by its undersigned counsel, moves this Honorable Court for an Order permitting the deposit, upon presentation of a Certificate of Cash Deposit as required under Local Rule 67-1, of a United States Treasury Check dated September 9, 2015, in the amount of $1,200,000.00 into an interest-bearing account. The same being estimated just compensation in this cause.

1

| | | |
|---|---|---|
| 1 | DATED: September 10, 2015 | UNITED STATES OF AMERICA |
| 2 | | |
| 3 | | DANIEL G. BOGDEN |
| 4 | | United States Attorney |
| 5 | | TROY K. FLAKE<br>Assistant United States Attorney |
| 6 | | */s/ Georgia Garthwaite* |
| 7 | | GEORGIA GARTHWAITE<br>Trial Attorney |
| 8 | | United States Department of Justice |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:  September 14, 2015

# CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing MOTION FOR ORDER FOR CLERK TO DEPOSIT FUNDS to be mailed, by the United States Postal Service, to the following:

Lincoln County
c/o Mark Holt, Assessor
181 North Main Street, Suite 203
P.O. Box 420
Pioche, NV 89043

Jessie James Cox
P.O. Box 352
Mead CO 80542-0352

Lauriene Jane (Sheahan) DeAngelo
24 Whispering Lane
Natick, MA 01760-5883

Barbara Ellen Wheatley Flanagan
(a.k.a. Barbara Flanagan)
47-978 Silver Spur Trail
Palm Desert, CA 941114

Mary Avis Sheahan Fuller
520 Zuber Avenue
Henderson, NV 89011-5393

Lisa Anne Hegwood and spouse William L. Hegwood
9144 County Road 24
Fort Lupton, CO 80621-9712

Ruth Ann Houx Loughridge
616 Wales Drive
Folsom, CA  95630

Barbara F. Manning
677 Burton Street
Henderson, NV 89015

Thomas H. Sears
P.O. Box 275
Pioche, NV 89043-0275

Alicia R. Sheahan-Hall
6254 Union Avenue
Firestone, CO 80504

Christina Francis Sheahan
401 Bell Avenue
Henderson, NV 89015

Sr. Barbara S. Sheahan
Sisters of the Holy Family
159 Washington Boulevard
P.O. Box 3248
Fremont, CA 94539-0324

Benjamin E. Sheahan and spouse Theresa Sheahan
401 Bell Avenue
Henderson NV 89015-5730

Daniel R. Sheahan Jr.
656 Burton Street
Henderson NV 89105-7505

Deborah Lynn Sheahan
4662 Gabriel Drive
Las Vegas, NV 89121

Sheahan Family Trust
c/o co-trustees Daniel R. Sheahan, Jr., Benjamin Sheahan and Barbara Manning
677 Burton Street
Henderson, NV 89015

John B. Sheahan
c/o Michael W. Sheahan
6717 Rolling Meadows Drive #916
Sparks, NV 89436-0106

| | |
|---|---|
| Joseph Richard Sheahan and spouse, Michelle Sheahan<br>692 Descartes Avenue<br>Henderson NV 89002-6500 | Sarah Jane Sheahan<br>8824 Utica Street<br>Westminster, CO 80031-3541 |
| Joseph Richard Sheahan<br>692 Descartes Avenue<br>Henderson NV 89002-6500 | Christine Wheatley Tanis<br>c/o counsel Christopher P. Schlies<br>699 Peters Avenue, Suite B,<br>Pleasanton, CA 94566 |
| Martha A. Sheahan and spouse, Ford Dixon III<br>10910 Turner Boulevard, Lot 55<br>Longmont, CO 80504-9556 | Heirs of Patricia Ann Wheatley<br><br>Heirs of Jerome F. Sears, Jr. |
| Martha Alice Sheahan<br>10910 Turner Boulevard, Lot 55<br>Longmont, CO 80504-9556 | Heirs of Thomas O. Sears<br>(a.k.a. Tom O. Sears)<br><br>Heirs of Daniel R. Sheahan |
| Michael James Sheahan<br>4 March Street<br>Nashua, NH 03060-5352 | Unknown Heirs of Timothy J. Sheahan<br><br>Heirs of Winifred Wheatley |
| Michael W. Sheahan<br>6717 Rolling Meadows Drive #916<br>Sparks, NV 89436-0106 | Heirs of James D. Wheatley<br><br>Heirs of Patricia Ann Wheatley |
| Patrick Joseph Sheahan and spouse Rhonda Susan Fleming<br>24482 Craft Road<br>Athens. AL 35613-7221 | Heirs of Mayme C. Brown<br><br>Heirs of Mary Joyce Wheatley Haven |
| Patrick Joseph Sheahan<br>24482 Craft Road<br>Athens, AL 35613-7221 | Heirs of Thomas J. (T.J.) Wheatley |

DATED:       September 10, 2015

　　　　　　　　　　　　　　　　　　　　 */s/ Georgia Garthwaite*
　　　　　　　　　　　　　　　　　　　　  GEORGIA GARTHWAITE

2