**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 400 ACRES OF LAND, MORE OR LESS, ) <br> SITUATE IN LINCOLN COUNTY, STATE OF ) <br> NEVADA; and JESSIE J. COX, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:15-cv-01743-MMD-NJK |

## ORDER FOR IMMEDIATE DELIVERY OF POSSESSION

Having considered Plaintiff's Motion for Order of Immediate Possession and good cause appearing, it is hereby ORDERED:

- This Motion is **GRANTED**.
- All Defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extent of the estate being condemned to the Plaintiff immediately.
- A notice of this Order shall be served upon all persons in possession or control of the said property forthwith.

DATED: September 16, 2015

_____
UNITED STATED DISTRICT JUDGE

1