DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cv-01743-MMD-NJK<br>) |
| v. | )<br>) |
| 400 ACRES OF LAND, MORE OR LESS, SITUATE IN LINCOLN COUNTY, STATE OF NEVADA; and JESSIE J. COX, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Peter J. McVeigh to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. McVeigh is an attorney with the United States Department of Justice, Environment and Natural Resources Division, an agency of the federal government, and is an active member in good standing of the bar of Virginia (No. 73211).

The following information is provided to the Court:

>   Peter J. McVeigh
>   Trial Attorney
>   U.S. Department of Justice
>   Environment and Natural Resources Division
>   Land Acquisition Section
>   P.O. Box 7611, Ben Franklin Station
>   Washington, D.C. 20044-7611
>   Phone: (202) 305-0299
>   Fax: (202) 514-8865
>   Email: peter.mcveigh@usdoj.gov
>
>   <u>Overnight Mail Only</u>:
>   601 D Street NW, Room 3428
>   Washington, DC 20004

Accordingly, the United States respectfully requests that the Court admit Peter J. McVeigh to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 17th day of December 2015.

>   DANIEL G. BOGDEN
>   United States Attorney
>
>   */s/ Troy K. Flake*
>   TROY K. FLAKE
>   Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: December 17, 2015

2