UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff(s),<br><br>vs.<br><br>400 ACRES OF LAND, MORE OR LESS, SITUATED IN LINCOLN COUNTY, STATE OF NEVADA, et al.,<br><br>             Defendant(s). | Case No. 2:15-cv-01743-MMD-NJK<br><br>ORDER |

Pending before the Court is a proposed discovery plan. Docket No. 57. That discovery plan indicates that counsel for Christine Wheatley Tanis "will file any objections to this proposed discovery plan and schedule within 14 days." Docket No. 57 at 2 n.1. The discovery plan is hereby **DENIED** without prejudice. Counsel shall continue their confer efforts with counsel for Ms. Tanis. The parties shall file a joint discovery plan, no later than January 4, 2016, with the signature of Ms. Tanis' counsel. To the extent Ms. Tanis objects to any portion of the proposed schedule, such objection must be stated in the joint discovery plan. *Cf.* Local Rule 26-1(d) (where parties disagree as to the schedule of a case, the discovery plan must provide each party's position on each point in dispute).

IT IS SO ORDERED.

DATED: December 22, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge