# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:15-cv-01743-MMD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| 400 ACRES OF LAND, MORE OR LESS ) | |
| SITUATE IN LINCOLN COUNTY, STATE OF ) | |
| NEVADA, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is the parties' amended joint proposed discovery plan. Docket No. 64. The parties seek to bifurcate discovery as well as the adjudication of valuation and distribution issues in this proceeding. *Id*. at 6. A stipulation to bifurcate this matter is procedurally improper within the context of a joint proposed discovery plan. Further, "bifurcation of the trial does not necessarily require bifurcation of discovery." *Drennan v. Maryland Cas. Co.*, 366 F. Supp. 2d 1002, 1007 (D. Nev. 2005). Accordingly, the parties joint proposed discovery plan is hereby **DENIED** without prejudice. The parties shall refile a joint discovery plan, no later than January 11, 2016, and, to the extent they agree to request to bifurcate the trial, shall refile that stipulation separately.

IT IS SO ORDERED.

DATED: January 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge