**LAW OFFICES OF KERMITT L. WATERS**
Kermitt L. Waters, Esq., Bar No. 2571
info@kermittwaters.com
Charles E. Springer, of Counsel, Bar No. 1019
James J. Leavitt, Esq., Bar No. 6032
jim@kermittwaters.com
Michael A. Schneider, Esq., Bar No. 8887
michael@kermittwaters.com
Autumn L. Waters, Esq., Bar No. 8917
autumn@kermittwaters.com
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     (702) 733-8877
Facsimile:     (702) 731-1964

**Attorneys for Defendant**
**GROOM MINE LANDOWNERS**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>   vs.<br><br>400 ACRES OF LAND, MORE OR LESS, SITUATE IN LINCOLN COUNTY, STATE OF NEVADA; and JESSIE J. COX., et al.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.:  2:15-cv-01743-MMD-NJK |

## ORDER TO RELEASE FUNDS

Defendant Landowners' Motion to Release Funds on Deposit, the United States' Response to Certain Landowners' Motion to Release Funds on Deposit and the Defendant Landowners' Reply in Support of Motion to Release Funds on Deposit having come before this Court and after reading the pleadings and papers submitted therewith the Court hereby finds that the moving defendants have demonstrated that eighty five percent (85%) of the deposit should be distributed to the moving defendants.  Therefore, the Defendants' Motion to Release Funds on Deposit is ***GRANTED***.

Accordingly, it is hereby ***ORDERED*** that:

1)     The Clerk of Court shall issue a check in the amount of **One Million Twenty Thousand Dollars** ($1,020,000.00) made payable to the Law Offices of Kermitt L. Waters and that the

1    same shall be released to the Law Offices of Kermitt L. Waters, forthwith.

2    2)    Upon disbursement of said funds:

3          (a)  The moving Defendants shall be liable for any valid claims by other interested parties

4          if it is ultimately determined that the moving Defendants are entitled to less than the amount

5          disbursed, and if so the moving Defendants shall return the difference to the Court with

6          interest; and

7          (b) The moving Defendants shall pay and discharge in full all taxes, assessments, liens and

8          encumbrances against the property in existence as of the date of taking.

9          (c) The United States shall be held harmless from the claims of any and all parties having

10         liens or encumbrances and any other parties who may be entitled to the distributed funds or

11         any part thereof by virtue of any recorded or unrecorded agreement.

12

13                    IT IS SO ORDERED

14

15                    _____

16                    UNITED STATES DISTRICT JUDGE

17

18                    DATED:    March 9, 2016
                      _____

19

20   *Respectfully Submitted by:*                    *Approved as to Content and Form*:

21   **LAW OFFICES OF KERMITT L. WATERS**            **UNITED STATES OF AMERICA**
                                                     DANIEL G. BODEN
22                                                   United States Attorney
     By:____/s/ Autumn Waters_____
23              KERMITT L. WATERS, ESQ.
             JAMES JACK LEAVITT. ESQ.               _/s/ Georgia Garthwaite_____
24           MICHAEL A. SCHNEIDER. ESQ.             GEORGIA GARTHWAITE, ESQ.
             AUTUMN WATERS, ESQ.
25                                                  **GUNDERSON LAW FIRM**

26                                                  _/s/ John R. Funk_____
                                                    MARK H. GUNDERSON, Esq.
27                                                  JOHN R. Funk, Esq.

28

                                         2