|   |   |
|---|---|
| 1 | |
| 2 | **UNITED STATES DISTRICT COURT** |
| 3 | **DISTRICT OF NEVADA** |

<table>
<tr><td>

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,

           Defendants.

</td><td>

Case No. 2:15-cv-01743-MMD-NJK

**PROPOSED ORDER**

</td></tr>
</table>

In accordance with Rules 71.1(c)(3) and (f), the below-listed parties are hereby joined as interested parties in this action. The United States shall serve notice to the new parties pursuant to Rule 71.1(d)(3).

| Interested Party | Interest(s) in Property | Reference (if known) |
|---|---|---|
| **Diane Sibley**<br>2005 Rafael Court<br>Walnut Creek, CA 94598<br><br>*Counsel:*<br>Edward J. Simone<br>Reiser, Erich & Simone<br>1806 Bonanza Street<br>Walnut Creek, CA 94596<br><br>William Thomas Amen<br>1056 Hacienda Drive<br>Walnut Creek, CA 94598 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>    <u>15% of Mary Joyce Wheatley Haven's 1/50 interest in fee [3/1000 (0.3%)]</u><br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>    <u>15% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley)</u> | Judgment, *In re Mary Joyce Haven 2007 Revocable Living Trust, dated Oct. 17, 2007*, Case No. P09-00025, California Superior Court, Contra Costa County (Jan. 7, 2010);<br><br>Book 146 of Official Records, page 316, page 319;<br><br>Book D1 of Mining Deeds, page 83. |
| **Katherine Kell**<br>419 Marshall Drive<br>Walnut Creek, CA 94530<br><br>*Counsel:*<br>Stanley Pedder | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: | Same as above |

| | | |
|---|---|---|
| Pedder, Hesseltine, Walker & Toth, LLP<br>P.O. Box 479<br>Lafayette, CA 94549 | <u>10% of Mary Joyce Wheatley Haven's 1/50 interest in fee [1/500 (0.2%)]</u><br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br><u>10% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley)</u> | |
| **Debbie DeVito**<br>127 Del Rio<br>Santa Fe, NM 87501<br><br>*Counsel:*<br>Stanley Pedder<br>Pedder, Hesseltine, Walker & Toth, LLP<br>P.O. Box 479<br>Lafayette, CA 94549 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br><u>10% of Mary Joyce Wheatley Haven's 1/50 interest in fee [1/500 (0.2%)]</u><br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br><u>10% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley)</u> | Same as above |
| **Melanie Goodpasture**<br>2272 Walnut Blvd.<br>Walnut Creek, CA 94597 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br><u>15% of Mary Joyce Wheatley Haven's 1/50 interest in fee [3/1000 (0.3%)]</u><br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br><u>15% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley)</u> | Same as above |
| **Christine Tanis and Mark Tanis**<br>4652 Gale Avenue<br>Pleasanton, CA 94566<br><br>*Counsel:*<br>Mark Gunderson and John Funk<br>The Gunderson Law Firm | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br><u>15% of Mary Joyce Wheatley Haven's 1/50 interest in fee [3/1000 (0.3%)]</u> | Same as above |

| | | |
|---|---|---|
| 3895 Warren Way<br>Reno, NV 89509 | As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>15% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley) | |
| **House Rabbit Society**<br>148 Broadway<br>Richmond, CA 94804 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>10% of Mary Joyce Wheatley Haven's 1/50 interest in fee [1/500 (0.2%)]<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>10% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley) | Same as above |
| **Animal Sanctuary/Animal Place**<br>3448 Laguna Creek Trail<br>Vacaville, CA 95688 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>10% of Mary Joyce Wheatley Haven's 1/50 interest in fee [1/500 (0.2%)]<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June:<br><br>10% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley) | Same as above |
| **Hui Chu Poole**<br>165 Lakewood Road<br>Walnut Creek, CA 94598 | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2:<br><br>15% of Mary Joyce Wheatley Haven's 1/50 interest in fee [3/1000 (0.3%)]<br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June: | Same as above |

| | 15% of Mary Joyce Wheatley Haven's share in 1/50 interest (estate of Thomas J. Wheatley) | |

IT IS SO ORDERED.

Dated: May 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge