# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01743-MMD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 238) |
| 400 ACRES OF LAND, MORE OR LESS, situated in Lincoln County, State of Nevada | |
| Defendant(s). | |

Before the Court is a notice from the Clerk's Office that mail to attorney Stanley Pedder has been returned as undeliverable. Docket No. 238. Local Rule IA 3-1 requires that an attorney "must immediately file with the court written notification of any change of mailing address...." Counsel is hereby **ORDERED** to file a written notice of change of address by October 10, 2017.

IT IS SO ORDERED.

DATED: September 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge