# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01743-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 300, 301, 302) |
| 400 ACRES OF LAND, more or less, situated in Lincoln County, State of Nevada, | |
| Defendant(s). | |

Before the Court are notices from the Clerk's Office that mail sent to Melanie Goodpasture have been returned as undeliverable. Docket Nos. 300, 301, 302. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Ms. Goodpasture is hereby **ORDERED** to file a written notice of change of address by December 15, 2017.

IT IS SO ORDERED.

DATED: November 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge