# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>400 ACRES OF LAND, more or less, situated in Lincoln County, State of Nevada,<br><br>Defendant(s). | Case No. 2:15-cv-01743-MMD-NJK<br><br>ORDER |

Pending before the Court is the United States' status report regarding service of interested parties. Docket No. 254. The status report indicates various parties' addresses for which service was successful. *Id.* Additionally, on December 11, 2017, the Court received a letter from an individual at the current address for Melanie Goodpasture indicating that Ms. Goodpasture does not reside at the address. *See* attached exhibit.

Therefore, the Court **INSTRUCTS** the Clerk's Office to update the addresses for the individuals indicated in the United States' status report (Docket No. 254), to the extent that the addresses indicated in the status report differ from the addresses currently on the docket for those individuals.

IT IS SO ORDERED.

DATED: December 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge