# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01743-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| 400 ACRES OF LAND, more or less, situated in Lincoln County, State of Nevada, | (Docket No. 317) |
| Defendant(s). | |

Pending before the Court is the parties' joint motion to extend deadlines. Docket No. 317. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion. The parties fail to abide by this instruction. *Id.* Therefore, the Court **DENIES** without prejudice the parties' joint motion to extend deadlines. Docket No. 317. Any renewed joint motion shall be filed no later than January 2, 2018.

IT IS SO ORDERED.

DATED: December 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge