DAYLE ELIESON
Acting United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

GEORGIA GARTHWAITE
JOHANNA M. FRANZEN
ANTHONY C. GENTNER
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-616-3129
Facsimile: 202-514-8865
Email: *georgia.garthwaite@usdoj.gov*
      *johanna.franzen@usdoj.gov*
      *anthony.gentner@usdoj.gov*

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,<br><br>        Defendants. | Case No. 2:15-cv-01743-MMD-NJK<br><br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY MARK C. ELMER** |

1

Pursuant to LR IA 11-3, the United States respectfully moves this Court to admit Government attorney Mark C. Elmer to practice in the District of Nevada in this action and in any other matters in this district during the period of his employment with the United States.

Mr. Elmer is an attorney with the United States Department of Justice, Environment and Natural Resources Division, an agency of the federal government, and is an active member in good standing of the State Bar of Virginia (No. 37575).

Accordingly, the United States requests that the Court admit Mark C. Elmer to practice in this district during the duration of his employment by the United States.

Respectfully submitted this 23rd day of January, 2018.

/s/ Mark C. Elmer
MARK C. ELMER
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80210
Phone: (303) 844-1352
Fax: (303) 844-1350
Email: Mark.Elmer@usdoj.gov

*Co-counsel for Plaintiff United States of America*

**IT IS SO ORDERED:**

_____
United States District Judge

Dated: \_January 23, 2018\_

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018 I (1) served the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY MARK C. ELMER on all parties who have appeared in this action using the Court's case management/electronic case filing system and (2) caused a copy to be sent via U.S. mail to the following defendants:

> Sandra Sears-Lavallee
> 1172 Skyline Road
> Henderson, NV 89002
>
> John B. Sheahan
> address unknown
>
> Deborah Lynn Sheahan
> 4662 Gabriel Drive
> Las Vegas, NV 89121
>
> Diane Sibley-Origlia
> 1615 Via Romero
> Alamo, CA 94507
>
> Katherine Kell
> c/o Stanley Pedder
> 3445 Golden Gate Way
> Lafayette, CA 94549
>
> Debbie DeVito
> c/o Stanley Pedder
> 3445 Golden Gate Way
> Lafayette, CA 94549
>
> Melanie Goodpasture
> P.O. Box 7044
> Cotati, CA 94931
>
> House Rabbit Society
> c/o Anne Martin (Registered Agent)
> 148 Broadway
> Richmond, CA 94804

| | |
|---|---|
| 1 | Animal Place |
| 2 | c/o Kim Sturla (Registered Agent)<br>17314 McCourtney Road |
| 3 | Grass Valley, CA 95949 |
| 4 | Hui Chu Poole |
| 5 | 165 Lakewood Road<br>Walnut Creek, CA  94598 |

DATED: January 23, 2018

                                                  s/ Mark C. Elmer
                                                MARK C. ELMER
                                                Senior Counsel
                                                U.S. Department of Justice