DAYLE ELIESON
Interim United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

GEORGIA GARTHWAITE
JOHANNA M. FRANZEN
ANTHONY C. GENTNER
MARK C. ELMER
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-616-3129
Facsimile: 202-514-8865
Email: *georgia.garthwaite@usdoj.gov*
     *johanna.franzen@usdoj.gov*
     *anthony.gentner@usdoj.gov*
     *mark.elmer@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01743-MMD-NJK |
| Plaintiff, | |
| v. | |
| 400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al., | **NOTICE OF ADDITIONAL INTERESTED PARTY AND MOTION TO ADD PARTY UNDER RULE 71.1(c)(3)** <br> **[AMY E. SEARS]** |
| Defendants. | |

1

Plaintiff, the United States of America, hereby moves this Court for an Order directing the Clerk of the Court to add as an interested party to this action, Amy E. Sears.

Rule 71.1(c)(3) of the Federal Rules of Civil Procedure provides:

**Parties.** When the action commences, the plaintiff need join as defendants only those persons who have or claim an interest in the property and whose names are then known. But before any hearing on compensation, the plaintiff must add as defendants all those persons who have or claim an interest and whose names have become known or can be found . . . .

A condemnation is an action *in rem,* and parties who may have an interest in the property need to be named in the action and served. To that end, Rule 71.1(f) provides that "[w]ithout leave of court, the plaintiff may – as often as it wants – amend the complaint at any time before the trial on just compensation." In accordance with Rule 71.1(c)(3) and (f), the United States hereby requests that the Court enter an Order directing the Clerk to add Amy E. Sears. Upon filing of the Order, the United States will serve notice to Amy E. Sears pursuant to Rule 71.1(d)(3).

The following information regarding the nature of Ms. Sears' interest in the property is provided in an effort to assist the parties and the Court in apportioning just compensation: Amy E. Sears' interest encompasses an unknown share of the 1/12 interest in certain claims belonging to the heirs of Thomas (Tom) O. Sears.[1] Also sharing in this 1/12 interest are Patricia Fern Sears, as the surviving spouse of Thomas O. Sears, and any Other Heirs of Thomas O. Sears (a.k.a.

---

[1] The heirs of Thomas O. Sears owned a 1/12 interest in fee in patented claims White Lake & Conception and White Lake No. 2 and Conception No. 2, and a 1/12 interest in unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June. Heirs of Mr. Sears' brother, Jerome F. Sears, Jr., owned a separate 1/12 interest in these same claims. *See* ECF No. 1-7 at 4-5 & 15-17. Thomas O. Sears acquired his interest in the property in 1966. *See* Book D-1 of Mining Deeds, pp. 337, 344 & 345; Book 7 of Official Records, p. 377, Lincoln County, Nevada.

Tom O. Sears) (both Patricia Fern Sears and Other Heirs of Thomas O. Sears are already named as interested parties). *See* ECF No. 1-7 (Interested Parties). Amy E. Sears informed undersigned counsel that she is the only child of Patricia Fern Sears and Thomas O. Sears, and that both Patricia F. Sears and Thomas O. Sears died intestate. At this time, Amy E. Sears is the only known claimant to the interests of Patricia Fern Sears and of the Other Heirs of Thomas O. Sears in this litigation. However, investigation of these interests is still ongoing, and the United States will file updates if other potential heirs can be identified or ruled out, as appropriate.

In light of this information, and in accordance with Rule 71.1(c)(3) and (f), the United States hereby requests that the Court enter an Order directing the Clerk to add Amy E. Sears as an interested party to this action, as follows:

>   Amy E. Sears
>   P.O. Box 71
>   Pioche, NV 89043

Upon filing of the Order, the United States will serve notice to Amy E. Sears pursuant to Rule 71.1(d)(3).

Respectfully submitted this 18th day of July, 2018.

>   UNITED STATES OF AMERICA
>
>   STEVEN W. MYHRE
>   Acting United States Attorney
>   District of Nevada
>   TROY K. FLAKE
>   Assistant United States Attorney
>
>   /s/ *Anthony C. Gentner*
>   GEORGIA GARTHWAITE
>   JOHANNA M. FRANZEN
>   ANTHONY GENTNER
>   MARK C. ELMER
>   Trial Attorneys
>   U.S. Department of Justice

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2018, I served the foregoing NOTICE OF ADDITIONAL INTERESTED PARTY AND MOTION TO ADD PARTY UNDER RULE 71.1(c)(3) on all parties who have appeared in this action using the Court's case management/electronic case filing system. I hereby certify that on July 18, 2018, the United States sent a copy of the foregoing NOTICE OF ADDITIONAL INTERESTED PARTY AND MOTION TO ADD PARTY UNDER RULE 71.1(c)(3) via U.S. mail to the following defendants:

| | |
|---|---|
| Sandra Sears-Lavallee<br>1172 Skyline Road<br>Henderson, NV 89002 | Debbie DeVito<br>c/o Stanley Pedder<br>3445 Golden Gate Way<br>Lafayette, CA 94549 |
| John B. Sheahan<br>address unknown | Melanie Goodpasture<br>P.O. Box 7044<br>Cotati, CA 94931 |
| Deborah Lynn Sheahan<br>4662 Gabriel Drive<br>Las Vegas, NV 89121 | House Rabbit Society<br>c/o Anne Martin (Registered Agent)<br>148 Broadway<br>Richmond, CA 94804 |
| Diane Sibley-Origlia<br>1615 Via Romero<br>Alamo, CA 94507 | Animal Place<br>c/o Kim Sturla (Registered Agent)<br>17314 McCourtney Road<br>Grass Valley, CA 95949 |
| Katherine Kell<br>c/o Stanley Pedder<br>3445 Golden Gate Way<br>Lafayette, CA 94549 | Hui Chu Poole<br>165 Lakewood Road<br>Walnut Creek, CA 94598 |

DATED: July 18, 2018

*/s/ Anthony C. Gentner*
ANTHONY C. GENTNER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,

          Defendants.

Case No. 2:15-cv-01743-MMD-NJK

**PROPOSED ORDER**

In accordance with Rules 71.1(c)(3) and (f), the below-listed party is hereby joined as interested parties in this action. The United States shall serve notice to the new party pursuant to Rule 71.1(d)(3).

See table below:

1

| Interested Party | Interest(s) in Property | Reference (if known) |
|---|---|---|
| **Amy E. Sears** | As to patented claims White Lake & Conception and White Lake No. 2 & Conception No. 2: <u>an unknown share in 1/12 interest in fee as an heir of Thomas O. Sears a.k.a Tom O. Sears</u><br><br>As to unpatented claims Maria, Willow, East Side No. 1, East Side No. 2, and June: <u>an unknown share in 1/12 interest as an heir of Thomas O. Sears a.k.a. Tom O. Sears</u> | Book D1 of Mining Deeds, pages 337, 344, and 345;<br><br>Book 7 of Official Records, page 377. |

IT IS SO ORDERED:

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2018