# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>400 ACRES OF LAND, more or less, situated in Lincoln County, State of Nevada.<br><br>　　　Defendant(s). | Case No.: 2:15-cv-01743-MMD-NJK<br><br>**Order**<br><br>(Docket No. 358) |

　　Pending before the Court is Plaintiff's motion to strike Defendant Sheahan Landowners' supplemental expert report, filed on an emergency basis. Docket No. 358. A response shall be filed no later than August 20, 2018, and any reply shall be filed no later than August 21, 2018.

　　IT IS SO ORDERED.

　　Dated: August 16, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1