NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

TROY K. FLAKE
Deputy Civil Chief
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

EUGENE HANSEN
JOHANNA M. FRANZEN
ANTHONY C. GENTNER
MARK C. ELMER
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-616-3129
Facsimile: 202-514-8865
Email: eugene.hansen@usdoj.gov
       johanna.franzen@usdoj.gov
       anthony.gentner@usdoj.gov
       mark.elmer@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al., <br><br> Defendants. | Case No. 2:15-cv-01743-MMD-NJK <br><br> JOINT PROPOSED SCHEDULING ORDER |

Pursuant to this Court's September 9, 2019 minute entry (ECF No. 501), Plaintiff United States of America, Defendant Sheahan Landowners, and Defendant Tanis Landowners (collectively the "Parties") hereby submit this joint proposed scheduling order:

| Deadline/Date | Event |
| --- | --- |
| 11/01/2019 | Motions in Limine |
| 11/06/2019 | Plaintiff provides to Defendants (a) draft proposed site visit instructions/script and (b) draft proposed Commissioner instructions (not filed with Court) |
| 11/15/2019 | Oppositions to Motions in Limine |
| 11/20/2019 | Rule 26(a)(3) Pretrial Disclosures (not filed with Court) |
| 11/22/2019 | Reply briefs in further support of Motions in Limine |
| 12/18/2019 | Joint Pretrial Order, including objections to Rule 26(a)(3) Disclosures |
| 01/18/2020 | Lawyers-only site visit to finalize proposed site visit instructions/script |
| 01/31/2020 | File joint (a) proposed site visit instructions/script and (b) proposed Commissioner instructions, including any objections |
| 02/07/2020 (10:00 a.m.) | Trial begins in Las Vegas with opening statements (no witnesses) |
| 02/08/2020 | Site visit with Commissioners and Court |
| 02/10/2020 (9:00 a.m.) | Trial continues with witnesses (the Parties request that 10 court days (excluding opening statements, closing arguments, and site visit) be available for trial) |
| 30 days after service of trial transcripts | Proposed findings of fact (FOF) and conclusions of law (COL) provided to Commission, if so requested |

| 30 days after deadline for FOF/COL if requested, otherwise 30 days after service of trial transcripts | Commission's Rule 71.1(h)(2)(D) Report |
| --- | --- |
| 30 days after Commission files its Rule 71.1(h)(2)(D) Report | Objections to Commission's Report |

The Tanis Landowners, including their legal counsel, need not attend the trial in person. However, whether or not they attend, the Tanis Landowners acknowledge that they will be bound by the trial's result.

The Parties will make themselves available for a final pre-trial conference as scheduled by the Court and for any argument or other proceedings as requested by the Commission.

WHEREFORE, the Parties respectfully request that the Court approve the Parties' proposed scheduling order.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

/s/ Mark C. Elmer
EUGENE HANSEN
JOHANNA M. FRANZEN
ANTHONY GENTNER
MARK C. ELMER
Trial Attorneys
U.S. Department of Justice

**FOR THE SHEAHAN LANDOWNERS**

/s/ Autumn L. Waters
KERMITT L. WATERS, Bar No. 2571
JAMES J. LEAVITT, Bar No. 6032
MICHAEL A. SCHNEIDER, Bar No. 8887
AUTUMN L. WATERS, Bar No. 8917
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 733-8877
Email: jim@kermittwaters.com

*Counsel for Defendant Sheahan Landowners*

**FOR THE TANIS LANDOWNERS**

/s/ John R. Funk
MARK H. GUNDERSON, Bar No. 2134
JOHN R. FUNK, Bar No. 12372
AUSTIN K. SWEET, Bar No. 11725
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
Email: jfunk@gundersonlaw.com

*Counsel for Defendant Tanis Landowners*

**IT IS SO ORDERED:**

Dated: September 12, 2019

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, I served the foregoing Joint Proposed Scheduling Order on all parties who have appeared in this action using the Court's case management/electronic case filing system. In addition, I hereby certify that on September 12, 2019 the United States sent a copy of the foregoing Joint Proposed Scheduling Order via U.S. mail to the following defendants:

Sandra Sears-Lavallee
1172 Skyline Road
Henderson, NV 89002

John B. Sheahan
Address unknown

Deborah Lynn Sheahan
4662 Gabriel Drive
Las Vegas, NV 89121

Diane Sibley-Origlia
1615 Via Romero
Alamo, CA 94507

Katherine Kell
c/o Stanley Pedder
3445 Golden Gate Way
Lafayette, CA 94549

Debbie DeVito
c/o Stanley Pedder
3445 Golden Gate Way
Lafayette, CA 94549

Melanie Goodpasture
P.O. Box 7044
Cotati, CA 94931

House Rabbit Society
c/o Anne Martin (Registered Agent)
148 Broadway
Richmond, CA 94804

Animal Place
c/o Kim Sturla (Registered Agent)
17314 McCourtney Road
Grass Valley, CA 95949

Hui Chu Poole
165 Lakewood Road
Walnut Creek, CA 94598

Amy Sears
P.O. Box 71
Pioche, NV 89043

/s/ Mark C. Elmer
MARK C. ELMER