# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff(s),<br><br>v.<br><br>400 ACRES OF LAND, MORE OR LESS, SITUATE IN LINCOLN COUNTY, STATE OF NEVADA, et al.,<br><br>　　Defendant(s). | Case No.: 2:15-cv-01743-MMD-NJK<br><br>**Order**<br><br>(Docket No. 507) |

Pending before the Court is Defendant Sheahan Family Landowners' unopposed request to reschedule the settlement conference in this case. Docket No. 507. The motion is **GRANTED**. The settlement conference is continued to **9:30 a.m. on October 28, 2019**. Settlement conference statements shall be submitted, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office not later than **3:00 p.m. on October 21, 2019. DO NOT SERVE A COPY ON OPPOSING COUNSEL**. All other requirements outlined in the Court's order at Docket No. 503 remain in effect.

IT IS SO ORDERED.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1