UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01743-MMD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| 400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, *et al.*, | |
| Defendants. | |

The Court granted the Government's motion to appoint a land commission, finding that such appointment is appropriate in light of the parties' disparate positions on highest and best use and the remoteness and backcountry character of the property at issue. (ECF No. 497 at 8.) The Court then advised the parties of the identity and qualifications of each prospective commissioner under Federal Rule of Civil Procedure 71.1.(h)(2)(C). (ECF No. 515.) Objections were due by September 24, 2019. (*Id.*) To date, no objections have been filed.

The Court therefore appoints the following three qualified and disinterested individuals as Commissioners for this case under Federal Rule of Civil Procedure 71.1(h): (1) The Honorable Philip M. Pro; (2) The Honorable Peggy A. Leen; and (3) The Honorable Justice Michael L. Douglas.[1]

As set forth in Federal Rule of Civil Procedure 71.1(h)(2)(D), the Commission has the powers of a special master under Federal Rule of Civil Procedure 53(c). The Commission's action and report are determined by a majority. Federal Rule of Civil Procedure 53(d), (e), and (f) apply to the Commission's action and report. The dates relevant to proceedings and work involving the Commission are established in the

///

///

---

[1] The Commissioners' biographies are attached to the Court's prior order. (ECF No. 515.)

scheduling order (ECF No. 506). However, it should be noted that the Court-ordered settlement conference is scheduled for October 28, 2018. (ECF No. 512.)

The Court will determine how compensation for the Commission is to be divided between the parties.

The Court will direct that a copy of this Order, the scheduling order (ECF No. 506), and the Government's Notice of Requirement of Background Checks Prior to Site Visit (ECF No. 520) be provided to the Commissioners.

DATED THIS 25th day of September 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE