# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01743-MMD-NJK<br><br>ORDER |

As this case did not settle at the recent settlement conference (ECF No. 538), the Court is beginning to look ahead to the site visit scheduled for February 8, 2020. In connection with the site visit, the government previously filed a notice of requirement of background checks (the "Notice"). (ECF No. 520.)

The Court will forward on the requested information so the Air Force may run the required security checks in line with the process outlined in the Notice. The Court advises the parties that the law clerk who will assist with this case will accompany the Court on the site visit. The requested information regarding that law clerk will also be forwarded to the Air Force counsel designated in the Notice. The Court will also order the parties to do the same.

It is therefore ordered that the parties provide the information requested in the Notice, following the process outlined in the Notice, as soon as practicable.

It is further ordered that the parties must confer and submit a joint, written plan regarding the site visit that reflects the parties' agreement regarding any disputed procedures within 30 days of the date of entry of this order.

1  The Clerk of Court is directed to send both a copy of this order, and another copy of the Notice (ECF No. 520) to the Land Commissioners by email: (1) The Honorable Philip M. Pro; (2) The Honorable Peggy A. Leen; and (3) The Honorable Justice Michael L. Douglas.

The Court further directs the Land Commissioners to provide the information requested in the Notice, following the process outlined in the Notice, as soon as practicable.

DATED THIS 29th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE