NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

TROY K. FLAKE
Deputy Civil Chief
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

EUGENE N. HANSEN
JOHANNA M. FRANZEN
ANTHONY C. GENTNER
MARK C. ELMER
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-305-0301
Facsimile: 202-514-8865
Email: eugene.hansen@usdoj.gov
  johanna.franzen@usdoj.gov
  anthony.gentner@usdoj.gov
  mark.elmer@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,<br><br>          Defendants. | Case No. 2:15-cv-01743-MMD-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO ECF NO. 545 (First Request)** |

1

Pursuant to LR IA 6-1, Plaintiff United States of America and Defendant Sheahan Landowners hereby stipulate to a one-week extension (to December 6, 2019) for the United States to file an opposition to the Sheahan Landowners' Motion, ECF No. 545. The United States and Sheahan Landowners further stipulate to a corresponding one-week extension (from one week to two weeks) for the Sheahan Landowners to file a reply in support of ECF No. 545. In support of this stipulation, the parties state:

1. On November 15, 2019, the Sheahan Landowners filed a Motion for Leave to Provide Offer of Proof on the Qualtrics 1 and 2 Surveys Through Live Testimony In Question-And-Answer Format Pursuant to Federal Rules of Evidence Rule 103(c) ("ECF No. 545").

2. The current deadline for filing an opposition to ECF No. 545 is November 29, 2019, the day after Thanksgiving.

3. Counsel for both parties are planning to take time off to celebrate the Thanksgiving Holiday.

4. In order to avoid filing during Thanksgiving week, the parties agree to extend the time for the United States to file an opposition to ECF No. 545 to December 6, 2019.

5. In light of the one-week extension provided the United States, the parties further agree to a corresponding one-week extension (i.e. from one week to two weeks) for the Sheahan Landowners to file a reply, making the reply deadline December 20, 2019.

6. This is the first stipulation for extension of time to file an opposition or reply to ECF No. 545.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

/s/ Mark C. Elmer
EUGENE HANSEN
JOHANNA M. FRANZEN
ANTHONY GENTNER
MARK C. ELMER
Trial Attorneys
U.S. Department of Justice

2

**FOR THE SHEAHAN LANDOWNERS**

/s/ Autumn L. Waters
KERMITT L. WATERS, Bar No. 2571
JAMES J. LEAVITT, Bar No. 6032
MICHAEL A. SCHNEIDER, Bar No. 8887
AUTUMN L. WATERS, Bar No. 8917
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 733-8877
Email: jim@kermittwaters.com

*Counsel for Defendant Sheahan Landowners*

**IT IS SO ORDERED**:

_____
Miranda Du
United States District Judge

Dated: ___November 21, 2019_____

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I served the foregoing Stipulation to Extend Time to File Opposition and Reply to ECF No. 545 on all parties who have appeared in this action using the Court's case management/electronic case filing system. In addition, I hereby certify that on November 21, 2019 the United States sent a copy of the foregoing Stipulation to Extend Time to File Opposition to ECF No. 545 via U.S. mail to the following defendants:

Sandra Sears-Lavallee
1172 Skyline Road
Henderson, NV 89002

John B. Sheahan
Address unknown

Deborah Lynn Sheahan
4662 Gabriel Drive
Las Vegas, NV 89121

Diane Sibley-Origlia
1615 Via Romero
Alamo, CA 94507

Katherine Kell
c/o Stanley Pedder
3445 Golden Gate Way
Lafayette, CA 94549

Debbie DeVito
c/o Stanley Pedder
3445 Golden Gate Way
Lafayette, CA 94549

Melanie Goodpasture
P.O. Box 7044
Cotati, CA 94931

House Rabbit Society
c/o Anne Martin (Registered Agent)
148 Broadway
Richmond, CA 94804

Animal Place
c/o Kim Sturla (Registered Agent)
17314 McCourtney Road
Grass Valley, CA 95949

Hui Chu Poole
165 Lakewood Road
Walnut Creek, CA  94598

Amy Sears
P.O. Box 71
Pioche, NV 89043


/s/ Mark C. Elmer
MARK C. ELMER

4