NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Deputy Civil Chief
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

EUGENE N. HANSEN
ANTHONY C. GENTNER
MARK C. ELMER
READE E. WILSON
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-305-0301
Facsimile: 202-514-8865
Email: eugene.hansen@usdoj.gov
anthony.gentner@usdoj.gov
mark.elmer@usdoj.gov
reade.wilson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,

Defendants.

Case No. 2:15-cv-01743-MMD-NJK

**STIPULATION REGARDING CERTAIN TRIAL EXHIBITS**

The Parties respectfully submit the following Stipulation Regarding Certain Trial Exhibits:

## RECITALS

WHEREAS, the Joint Pretrial Order entered by the Court notes that the Parties are in the process of conferring regarding stipulated exhibits and will submit a separate list of stipulated exhibits (Dkt. 566 at 10-11);

WHEREAS, the Parties have conferred and have stipulated to the admissibility of certain exhibits identified below; and

WHEREAS, the Parties respectfully request that the Court so order the below stipulation.

## STIPULATION FOR TRIAL

NOW THEREFORE, the following exhibits are stipulated into evidence in this case and may be so marked by the Clerk:

1.) **Plaintiff's Exhibits**:

Exhibit 24
Exhibit 29
Exhibit 33
Exhibit 45
Exhibit 47
Exhibit 50
Exhibit 52
Exhibit 56
Exhibit 63
Exhibit 64
Exhibit 65
Exhibit 66
Exhibit 72
Exhibit 73
Exhibit 80
Exhibit 100
Exhibit 101
Exhibit 102
Exhibit 103
Exhibit 109
Exhibit 110
Exhibit 111
Exhibit 122

Exhibit 123
Exhibit 124
Exhibit 125
Exhibit 127
Exhibit 129
Exhibit 132
Exhibit 134
Exhibit 135
Exhibit 137
Exhibit 138
Exhibit 147
Exhibit 148
Exhibit 151
Exhibit 169
Exhibit 171
Exhibit 172
Exhibit 177
Exhibit 178
Exhibit 191
Exhibit 193
Exhibit 219
Exhibit 223
Exhibit 228
Exhibit 230
Exhibit 255
Exhibit 276
Exhibit 279
Exhibit 280
Exhibit 283
Exhibit 284
Exhibit 286
Exhibit 287
Exhibit 292
Exhibit 293
Exhibit 305
Exhibit 306
Exhibit 307
Exhibit 311
Exhibit 323
Exhibit 324
Exhibit 325
Exhibit 326
Exhibit 335
Exhibit 336
Exhibit 337
Exhibit 338

Exhibit 339
Exhibit 340
Exhibit 341
Exhibit 359
Exhibit 360
Exhibit 364
Exhibit 459
Exhibit 462
Exhibit 464
Exhibit 465
Exhibit 466
Exhibit 467
Exhibit 469
Exhibit 470
Exhibit 474
Exhibit 475
Exhibit 476
Exhibit 482
Exhibit 483
Exhibit 521
Exhibit 538
Exhibit 546
Exhibit 547
Exhibit 551
Exhibit 557

2.) **Defendants' Exhibits**:

Exhibit 4
Exhibit 7.1d.
Exhibit 7.2a.
Exhibit 7.2b.
Exhibit 7.3a.
Exhibit 7.4b.
Exhibit 7.4c.
Exhibit 7.5a.
Exhibit 7.5b.
Exhibit 7.5c.
Exhibit 7.6a.
Exhibit 7.6b.
Exhibit 7.6c.
Exhibit 7.6d.
Exhibit 7.7d.
Exhibit 7.7e.
Exhibit 7.7f.
Exhibit 7.7g.

Exhibit 7.9a.
Exhibit 7.15a.
Exhibit 15.
Exhibit 16.
Exhibit 17.
Exhibit 19.
Exhibit 22.
Exhibit 23.
Exhibit 24.
Exhibit 26.
Exhibit 37.
Exhibit 38.
Exhibit 39.
Exhibit 40.
Exhibit 41.
Exhibit 42.
Exhibit 43.
Exhibit 51.
Exhibit 52.
Exhibit 53.
Exhibit 54
Exhibit 55.
Exhibit 56.
Exhibit 57.
Exhibit 58.
Exhibit 59.
Exhibit 66.
Exhibit 66a.
Exhibit 66b.
Exhibit 66c.
Exhibit 66d.
Exhibit 66e.
Exhibit 67.
Exhibit 68.
Exhibit 69a.
Exhibit 69c.
Exhibit 71.
Exhibit 72.
Exhibit 73.
Exhibit 74.
Exhibit 75.
Exhibit 75a.
Exhibit 76.
Exhibit 77.
Exhibit 78.
Exhibit 80.

Exhibit 81.
Exhibit 83.
Exhibit 84.
Exhibit 87.
Exhibit 88.
Exhibit 91.
Exhibit 92.
Exhibit 96.
Exhibit 99.
Exhibit 101.
Exhibit 102.
Exhibit 103.
Exhibit 104.
Exhibit 105.
Exhibit 106.
Exhibit 107.
Exhibit 108.
Exhibit 109.
Exhibit 110.
Exhibit 111.
Exhibit 112.
Exhibit 113.
Exhibit 114.
Exhibit 115.
Exhibit 116.
Exhibit 117.
Exhibit 180.
Exhibit 209.
Exhibit 210.
Exhibit 227.
Exhibit 228.
Exhibit 232.
Exhibit 354.

WHEREFORE, the Parties respectfully request that the Court so order the above stipulation.

**SO ORDERED:**

____________________________________ Dated: January 30, 2020

THE HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

FOR THE PARTIES:

Dated January 29, 2020

**FOR PLAINTIFF**:

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Deputy Civil Chief
District of Nevada

*/s/ Eugene N. Hansen*
EUGENE N. HANSEN
ANTHONY C. GENTNER
MARK C. ELMER
READE E. WILSON
Trial Attorneys
U.S. Department of Justice

*Counsel for the United States*

**FOR THE SHEAHAN LANDOWNERS**

*/s/ Michael A. Schneider*
KERMITT L. WATERS, Bar No. 2571
JAMES J. LEAVITT, Bar No. 6032
MICHAEL A. SCHNEIDER, Bar No. 8887
AUTUMN L. WATERS, Bar No. 8917
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 733-8877
Email: jim@kermittwaters.com

*Counsel for Defendant Sheahan Landowners*

**FOR THE TANIS LANDOWNERS**

*/s/ John R. Funk*

MARK H. GUNDERSON, Bar No. 2134
JOHN R. FUNK, Bar No. 12372
AUSTIN K. SWEET, Bar No. 11725
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
Email: jfunk@gundersonlaw.com

*Counsel for Defendant Tanis Landowners*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I caused the foregoing Stipulation Regarding Certain Trial Exhibits to be served on all Parties who have appeared in this action using the Court's case management/electronic case filing system. I further certify that on January 29, 2020, the United States sent a copy of the foregoing via U.S. mail to the following interested Parties:

Sandra Sears-Lavallee
1172 Skyline Road
Henderson, NV 89002

Debbie DeVito
c/o Stanley Pedder
3445 Golden Gate Way
Lafayette, CA 94549

John B. Sheahan
address unknown

Melanie Goodpasture
P.O. Box 7044
Cotati, CA 94931

Deborah Lynn Sheahan
4662 Gabriel Drive
Las Vegas, NV 89121

House Rabbit Society
c/o Anne Martin (Registered Agent)
148 Broadway
Richmond, CA 94804

Diane Sibley-Origlia
1615 Via Romero
Alamo, CA 94507

Animal Place
c/o Kim Sturla (Registered Agent)
17314 McCourtney Road
Grass Valley, CA 95949

Katherine Kell
c/o Stanley Pedder
3445 Golden Gate Way
Lafayette, CA 94549

Hui Chu Poole
165 Lakewood Road
Walnut Creek, CA 94598

Amy E. Sears
P.O. Box 71
Pioche, NV 89043

/s/*Eugene N. Hansen*
Eugene N. Hansen