**LAW OFFICES OF KERMITT L. WATERS**
Kermitt L. Waters, Esq., Bar No. 2571
kermitt@kermittwaters.com
James J. Leavitt, Esq., Bar No. 6032
jim@kermittwaters.com
Michael A. Schneider, Esq., Bar No. 8887
michael@kermittwaters.com
Autumn L. Waters, Esq., Bar No. 8917
autumn@kermittwaters.com
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone:      (702) 733-8877
Facsimile:      (702) 731-1964

Attorneys for Defendants
Sheahan Family Landowners

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) Case No.:2:15-cv-01743-MMD-NJK |
| vs. | ) |
| 400 ACRES OF LAND, MORE OR LESS, SITUATE IN LINCOLN COUNTY, STATE OF NEVADA; and JESSIE J. COX., et al. | ) **DEFENDANT SHEAHAN** ) **LANDOWNERS' LIST OF EXHIBITS** ) |
| Defendant. | ) |

-1-

1    Defendant Sheahan Landowners hereby submit their list of Exhibits, attached hereto, for trial

2  scheduled to commence on February 7, 2020. Pursuant to ECF 575, the following list of Exhibits

3  (Def. Ex. 1-378) are the Exhibits the Landowners may use at trial.  These Exhibits will also be

4  provided in electronic form on CD to the Courtroom Administrator wherein the electronic file name

5  for Def. Ex 1 is ("D1, D2, D3") and so forth.  Hard copies of the Exhibits the Landowners expects

6  to utilize will also be provided per ECF 572 and ECF 575.

7    DATED this 31st day of January, 2020

8                          **LAW OFFICES OF KERMITT L. WATERS**

9
           By: */s/ Michael* A. Schneider
10                      Kermitt L. Waters, Esq.
                        Nevada Bar No. 2571
11                      James J. Leavitt, Esq.
                        Nevada Bar No. 6032
12                      Michael A. Schneider, Esq.
                        Nevada Bar No. 8887
13                      Autumn L. Waters, Esq.
                        Nevada Bar No. 8917
14                      ***Attorneys for Defendant Sheahan Landowner***

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employ of the Law Offices of Kermitt L. Waters; and that on the 31st day of January, 2020, I caused to be served a true and correct copy of the forgoing document(s): **DEFENANT SHEAHAN LANDOWNERS' EXHIBIT LIST** on the parties set forth below by:

[**X**]    CM/ECF System

[]    United States mail, postage prepaid

EUGENE N. HANSEN
JOHANNA M. FRANZEN
ANTHONY C. GENTNER
MARK C. ELMER
READE E. WILSON
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Email: *eugene.hansen@usdoj.gov*
  *johanna.franzen@usdoj.gov*
  *anthony.gentner@usdoj.gov*
  *mark.elmer@usdoj.gov*

GUNDERSON LAW FIRM
JOHN R. FUNK, ESQ.
3895 Warren Way
Reno, Nevada 89509
Email: *Jfunk@gundersonlaw.com*

*/s/ Evelyn Washington*
Evelyn Washington, an Employee of the
Law Offices of Kermitt L. Waters

EXHIBIT LIST            page 1

Case #   2:15-cv-01743-MMD-NJK
Caption: USA v. 400 Acres of Land, et al.

Exhibits for:  Defendant Sheahan Landowners

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | Def. Ex. 1 | | Plaintiff United States' Responses and Objections to Defendant Sheahan Landowners' First Request for Entry on Land, 12.16.16 |
| | | Def. Ex. 1A | | Plaintiff United States' Responses and Objections to Defendant Sheahan Landowners' Second Request for Entry on Land, 6.22.18 |
| | | Def. Ex. 1B | | Plaintiff United States' Responses and Objections to Defendants, Sheahan Landowners' First Request for Production of Documents, 4.18.16 |
| | | Def. Ex. 1C | | United States' First Supplemental Responses to Landowners, First Request for Production of Documents, 10.18.16 |
| | | Def. Ex. 1D | | United States' First Set of Supplemental Responses to Defendants, Sheahan Landowners, First Request for Production of Documents, 5.14.18 |
| | | Def. Ex. 1E | | Plaintiff United States' Responses and Objections to Defendants, Sheahan Landowners' Second Request for Production of Documents, 7.5.16 |

EXHIBIT LIST          page 2

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 1F | | United States' First Supplemental Responses to Landowners, Second Request for Production of Documents, 11.22.16 |
| | | Def. Ex. 1G | | United States' Second Supplement to Sheahan Landowners Second Set of Request for Production of Documents, 6.28.18 |
| | | Def. Ex. 1H | | United States' Responses and Objections to Defendants, Sheahan Landowners, Third Request for Production of Documents, 9.16.16 |
| | | Def. Ex. 1I | | United States' Responses and Objections to Defendants Sheahan Landowners' Fourth Request for Production of Documents, 12.29.16 |
| | | Def. Ex. 1J | | United States' Responses and Objections to Defendant Sheahan Landowners' Fifth Request for Production of Documents,6.18.18 |
| | | Def. Ex. 1K | | Plaintiff United States of America's Response to Defendant Sheahan Landowners' First Set of Requests for Admission, 4.18.16 |
| | | Def. Ex. 1L | | United States' Response to Defendant Sheahan Landowners' Second Set of Requests for Admission, 7.5.16 |
| | | Def. Ex. 1M | | United States' First Supplemental Responses to Defendant Sheahan Landowners' Second Set of Requests for Admission, 10.19.16 |
| | | Def. Ex. 1N | | United States' Responses and Objections to Defendant Sheahan Landowners' Third Request for Admissions |

EXHIBIT LIST          page 3

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 1O | | Plaintiff United States of America's Response to Defendant Sheahan Landowners' First Set of Interrogatories, 4.18.16 |
| | | Def. Ex. 1P | | United States' Responses and Objections to Defendant Landowner Daniel R. Sheahan Jr.'s First Set of Interrogatories, 8.24.18 |
| | | Def. Ex. 1Q | | United States' Response to Defendant Sheahan Landowners' Second Set of Interrogatories, 7.5.16 |
| | | Def. Ex. 1R | | United States' First Supplemental Responses to Defendant Sheahan Landowners' Second Set of Interrogatories, 10.19.16 |
| | | Def. Ex. 2 | | Affidavit of Patricia J. Zarodkiewicz, Administrative Assistant to the Secretary of the Air Force dated 12.22.16 |
| | | Def. Ex. 3 | | Declaration from Patrick J. Sheahan dated 4.23.19 |
| | *Stipulated* 1.30.20 | Def. Ex. 4 | | Bud Light Alien Beer Can |
| | | Def. Ex. 5 | | Local Area Alien/Area 51 merchandise to include hats, t-shirts, jerseys |
| | | Def. Ex. 6 | | The Ultimate Guide to UFOs = Aliens (Magazine) |

EXHIBIT LIST          page 4

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 7.1a | | Historic Photo of with Lake |
| | | Def. Ex. 7.1b | | Lake Photo |
| | | Def. Ex. 7.1c | | Lake Photo with Donkeys |
| | *Stipulated* 1.30.20 | Def. Ex. 7.1d | | Old photo of main camp |
| | | Def. Ex. 7.1e | | Historic Lake Photo |
| | *Stipulated* 1.30.20 | Def. Ex. 7.2a | | Photo of main camp recent |
| | *Stipulated* 1.30.20 | Def. Ex. 7.2b | | Oblique view of camp and lake |
| | | Def. Ex. 7.2c | | Oblique view of Subject Property |
| | *Stipulated* 1.30.20 | Def. Ex. 7.3a | | Closer oblique of camp water tanks |
| | | Def. Ex. 7.3b | | Buildings in main camp |
| | | Def. Ex. 7.3c | | Inside main cabin |

EXHIBIT LIST          page 5

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 7.3d | | Main camp |
| | | Def. Ex. 7.4a | | Generator |
| | *Stipulated 1.30.20* | Def. Ex. 7.4b | | Generator |
| | *Stipulated 1.30.20* | Def. Ex. 7.4c | | Bathhouse hot water tank |
| | *Stipulated 1.30.20* | Def. Ex. 7.5a | | Sheahan road sign picture 2 |
| | *Stipulated 1.30.20* | Def. Ex. 7.5b | | Dirt road to camp |
| | *Stipulated 1.30.20* | Def. Ex. 7.5c | | Picture of Grader |
| | *Stipulated 1.30.20* | Def. Ex. 7.6a | | Picture of Cadillac |
| | *Stipulated 1.30.20* | Def. Ex. 7.6b | | Picture of VW |
| | *Stipulated 1.30.20* | Def. Ex. 7.6c | | Toyota & Van picture |
| | *Stipulated 1.30.20* | Def. Ex. 7.6d | | Cars at camp |

EXHIBIT LIST          page 6

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 7.7a | | New tunnel at main shift |
| | | Def. Ex. 7.7b | | Main shift A frame |
| | | Def. Ex. 7.7c | | Historic Pictures |
| | *Stipulated* 1.30.20 | Def. Ex. 7.7d | | Picture Wood A Frame |
| | *Stipulated* 1.30.20 | Def. Ex. 7.7e | | Ore piles |
| | *Stipulated* 1.30.20 | Def. Ex. 7.7f | | Tailings pile |
| | *Stipulated* 1.30.20 | Def. Ex. 7.7g | | Spring tunnel photo |
| | | Def. Ex. 7.8a | | Mill picture looking north |
| | | Def. Ex. 7.8b | | Mill pictures |
| | | Def. Ex. 7.8c | | Mill destroyed pictures |
| | | Def. Ex. 7.8d | | Destroyed Mill |
| | | Def. Ex. 7.8e | | Destroyed Mill – closeup |

EXHIBIT LIST          page 7

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | *Stipulated* 1.30.20 | Def. Ex. 7.9a | | Photo work in tunnel |
| | *Stipulated* 1.30.20 | Def. Ex. 7.15a | | Family on porch |
| | *Stipulated* 1.30.20 | Def. Ex. 7.15b | | Joe and mom by Headstone |
| | | Def. Ex. 8 | | Pink Jeep of Las Vegas "Big Trekker" 10 passenger tour vehicle |
| | | Def. Ex. 9 | | Email Morales, Maria BLM to Spanishflatmining 8.25.16 re: Area 51 1958 Withdrawal |
| | | Def. Ex. 10 | | Public Land Order 1662 6.20.1958    1958 Withdrawal |
| | *Stipulated* 1.30.20 | Def. Ex. 15 | | Tio DiFederico Qualifications |
| | *Stipulated* 1.30.20 | Def. Ex. 16 | | Tio DiFederico summaries of selected appraisal assignments |
| | *Stipulated* 1.30.20 | Def. Ex. 17 | | Summary of Appraisal Methodology |
| | | Def. Ex. 18 | | Tio DiFederico Property Analysis |
| | *Stipulated* 1.30.20 | Def. Ex. 19 | | Subject photographs from Tio DiFederico report |
| | | Def. Ex. 20 | | Aerial photo of Subject and Area 51/Watertown |

EXHIBIT LIST          page 8

Exhibits for:  Defendant Sheahan Landowners

|  |  | Def. Ex. 21 |  | Groom Mine, Area 51, and Nevada Test Site areial map |
|  | *Stipulated* 1.30.20 | Def. Ex. 22 |  | The Center Intelligence Agency and Overhead Reconnaissance |
|  | *Stipulated* 1.30.20 | Def. Ex. 23 |  | Aerial photograph of patented and unpatented mining claims (prepared by Civil FX on April 22, 2016) |
|  | *Stipulated* 1.30.20 | Def. Ex. 24 |  | Aerial photograph of patented mining claims (prepared by Civil FX on April 22, 2016) |
|  |  | Def. Ex. 25 |  | Aerial photograph of Subject Property and surrounding area, depicting access to Subject Property |
|  | *Stipulated* 1.30.20 | Def. Ex. 26 |  | Photo of road sign "Sheahan" |
|  |  | Def. Ex. 27 |  | United States DOE Geological Survey Map, 1989 |
|  |  | Def. Ex. 28 |  | Map from Environmental Impact Analysis Process Groom Mountain Range, Archeological Reconnaissance, August 1986 |
|  |  | Def. Ex. 29 |  | United States' Responses and Objections to Defendant Sheahan Landowners' First Request for Production |
|  |  | Def. Ex. 30 |  | Plaintiff United States of America's Response to Defendant Sheahan Landowners' First Set of Request for Admission |

EXHIBIT LIST          page 9

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 31 | | Plaintiff United States of America's Response to Defendant Sheahan Landowners' First Set of Interrogatories |
| | | Def. Ex. 32 | | Tio DiFederico Assumptions and Limiting Conditions and Jurisdictional Exceptions |
| | | Def. Ex. 33 | | United States' Ex Parte Motion and Memorandum In Support of Ex Parte Motion for Order of Immediate Possession, including Colonel Dempsey Affidavit |
| | | Def. Ex. 34 | | Department of Justice Legal Instructions regarding Scope of the Project; Project Influence; Access |
| | | Def. Ex. 35 | | Tio DiFederico General Information |
| | *Stipulated* 1.30.20 | Def. Ex. 36 | | Highest and Best Use, Tio DiFederico, Legally Permissibile Use Summary Considerations |
| | *Stipulated* 1.30.20 | Def. Ex. 37 | | Lincoln County Master Plan |
| | *Stipulated* 1.30.20 | Def. Ex. 38 | | Special Use Permit Application |
| | *Stipulated* 1.30.20 | Def. Ex. 39 | | Zone Change Application |
| | *Stipulated* 1.30.20 | Def. Ex. 40 | | Letter dated July 12, 2016 re: zone change and special use permit staff reports and recommendations for the Sheahan applications - |

EXHIBIT LIST          page 10

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | *Stipulated 1.30.20* | Def. Ex. 41 | | Public Notice re: October 17, 2016, Lincoln County Board of County Commissioners Hearing |
| | *Stipulated 1.30.20* | Def. Ex. 42 | | Letter dated October 17, 2016, re: approval of zone change and special use permit application for multiple industrial and commercial uses at the Groom Mine Property |
| | *Stipulated 1.30.20* | Def. Ex. 43 | | Draft Minutes of October 3, 2016 Lincoln County Meeting |
| | | Def. Ex. 44 | | Highest and Best Use, Tio DiFederico, Physically Possible Use Summary Considerations |
| | | Def. Ex. 45 | | Civil FX Demonstrative Aerial and plot plans |
| | | Def. Ex. 46 | | Civil FX Demonstrative Video of plot plans |
| | | Def. Ex. 47 | | Civil FX Demonstrative Video of plot plans |
| | | Def. Ex. 48 | | Civil FX Demonstrative "stills" of Video of plot plans |
| | | Def. Ex. 49 | | Documents relevant to the 1984 Withdrawal |
| | *Stipulated 1.30.20* | Def. Ex. 51 | | Draft Environmental Impact Statement Groom Mountain Range, Lincoln County, Nevada, October 1985 |

EXHIBIT LIST          page 11

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | *Stipulated* 1.30.20 | Def. Ex. 52 | | Final Environmental Impact Statement Groom Mountain Range, Lincoln County, Nevada, November 1986 |
| | *Stipulated* 1.30.20 | Def. Ex. 53 | | Hearing Minutes – Subcommittee on Public Lands and National Parks of the Committee on Interior and Insular Affairs House of Representatives, August 6, 1984, H.R. 4932 |
| | *Stipulated* 1.30.20 | Def. Ex. 54 | | Letter dated August 7, 1984, from John F. Seiberling to the Department of Interior and response letters, dated August 14, 1985 and August 23, 1984, related to the 1984 Withdrawal |
| | *Stipulated* 1.30.20 | Def. Ex. 55 | | Letter to Honorable Harry Reid, dated June 1, 1984, related to the 1984 Withdrawal, H.R. 4932 |
| | *Stipulated* 1.30.20 | Def. Ex. 56 | | Letter to Honorable Barbara Vucanovich, dated June 5, 1984, related to the 1984 Withdrawal, H.R. 4932 |
| | *Stipulated* 1.30.20 | Def. Ex. 57 | | Letter to Mr. Pat Sheahan, dated July 6, 1984 |
| | *Stipulated* 1.30.20 | Def. Ex. 58 | | House of Representatives Report re: H.R. 4932 |

EXHIBIT LIST          page 12

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | *Stipulated* 1.30.20 | Def. Ex. 59 | | Hearing Minutes – Subcommittee on Public Lands and Reserved Water of the Committee on Energy and Natural Resources United States Senate, August 8, 1984 (minutes relevant to S.2657) |
| | | Def. Ex. 60 | | Public Law 98 485 10.17.1984 |
| | | Def. Ex. 61 | | Business Visitor Law & Legal Definition |
| | | Def. Ex. 62 | | Order, ECF 497:54-55 of 58 as it related to Access |
| | | Def. Ex. 63 | | Picture of Grader |
| | | Def. Ex. 64 | | Newspaper article |
| | | Def. Ex. 65 | | Highest and Best Use, Tio DiFederico, Financially Feasible Use Summary Considerations |
| | *Stipulated* 1.30.20 | Def. Ex. 66 | | Tio DiFederico Market Area Analysis |
| | *Stipulated* 1.30.20 | Def. Ex. 66a | | *Graph Only* Southern Nevada Economic Indicators |
| | *Stipulated* 1.30.20 | Def. Ex. 66b | | *Graph Only* Clark County Tourism Index |
| | *Stipulated* 1.30.20 | Def. Ex. 66c | | *Graph Only* Clark County Construction Index |

EXHIBIT LIST          page 13

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | *Stipulated* 1.30.20 | Def. Ex. 66d | | *Graph Only* Gaming Revenue 2006-2014 |
| | *Stipulated* 1.30.20 | Def. Ex. 66e | | Area Map *evidence* |
| | *Stipulated* 1.30.20 | Def. Ex. 67 | | Document entitled "Interest In Area 51" |
| | *Stipulated* 1.30.20 | Def. Ex. 68 | | Area 51 An uncensored History of America's Top- Secret Military Base, by Annie Jacobsen (book) |
| | *Stipulated* 1.30.20 | Def. Ex. 69a | | Las Vegas Sun Clinton Article – |
| | | Def. Ex. 69b | | LVRJ Clinton Article |
| | *Stipulated* 1.30.20 | Def. Ex. 69c | | New York Times Clinton Article – |
| | | Def. Ex. 69d | | Google sightseeing – Area 51 |
| | | Def. Ex. 69e | | LVRJ – Area 51 Article |
| | | Def. Ex. 69f | | Visit Area 51 Article |
| | | Def. Ex. 69g | | Area 51 Article |
| | | Def. Ex. 69h | | 8 News Article |

EXHIBIT LIST          page 14

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 69i | | LV Sun UFO Article |
| | | Def. Ex. 70 | | Newsweek article, Nevada Welcomes Back to Area 51 With UFO-Friendly Travel Guide |
| | *Stipulated 1.30.20* | Def. Ex. 71 | | Las Vegas Visitor Profile Study, 2015 |
| | *Stipulated 1.30.20* | Def. Ex. 72 | | Las Vegas Convention and Visitor Authority – Visitor Statistics Report |
| | *Stipulated 1.30.20* | Def. Ex. 73 | | 2014 Las Vegas Year-to-date Executive Summary |
| | *Stipulated 1.30.20* | Def. Ex. 74 | | Graph, Destination, Percent, Visitors, Source: LVCVA 2015 Las Vegas Visitor Profile |
| | *Stipulated 1.30.20* | Def. Ex. 75 | | Graph, Other Nearby Places Visited (Among those who planned to visit other places-asked every other year) |
| | *Stipulated 1.30.20* | Def. Ex. 75a | | Summary: *LVCVA Visitor Profile Summary* |
| | *Stipulated 1.30.20* | Def. Ex. 76 | | Map of Las Vegas and surrounding area and four locations with miles |
| | *Stipulated 1.30.20* | Def. Ex. 77 | | Death Valley Visitor Numbers- |
| | *Stipulated 1.30.20* | Def. Ex. 78 | | Grand Canyon Visitor Numbers |

EXHIBIT LIST          page 15

Exhibits for: Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 79 | | Grand Canyon West: Skywalk Facts |
| | *Stipulated* 1.30.20 | Def. Ex. 80 | | Explorethecanyon.com article, 2015 was a record year for Grand Canyon West Visitors |
| | | Def. Ex. 81 | | Snopes.com article, Grand Canyon Skywalk – *Stipulated into evidence* |
| | | Def. Ex. 82 | | Grandcanyonnews.com article, Grand Canyon West destinations expected to surpass 1.1 million visitors in 2016 |
| | *Stipulated* 1.30.20 | Def. Ex. 83 | | Grand Canyon West Press Release, Grand Canyon West Again Tops 1 Million Annual Visitors |
| | *Stipulated* 1.30.20 | Def. Ex. 84 | | Grandcanyonnews.com article, Hualapai Tribe to pave last nine mile stretch of Skywalk road |
| | | Def. Ex. 85 | | Grandcanyonnews.com article, More than 4,000 visitors celebrate the Skywalk's 10th Anniversary |
| | | Def. Ex. 86 | | Grandcanyonnews.com article, One-thrid of paving completed on unpaved road to Grand Canyon West |
| | *Stipulated* 1.30.20 | Def. Ex. 87 | | National Park Service Visitor numbers |
| | *Stipulated* 1.30.20 | Def. Ex. 88 | | Zion Visitor numbers |
| | | Def. Ex. 89 | | Visitors to National Parks in 2014 |

EXHIBIT LIST          page 16

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 90 | | LVRJ article, Utah's Zion national park struggling to keep up with growing crowds |
| | *Stipulated* 1.30.20 | Def. Ex. 91 | | Bryce Canyon visitor numbers |
| | *Stipulated* 1.30.20 | Def. Ex. 92 | | Bryce Canyon visitor numbers |
| | | Def. Ex. 93 | | Graph, Area 51 Tour Companies |
| | | Def. Ex. 94 | | Declaration of Scott Robertson |
| | | Def. Ex. 95 | | Neil D. Opfer Report |
| | *Stipulated* 1.30.20 | Def. Ex. 96 | | Summary Chart in: A Supplemental Analysis Regarding the Groom Mine, dated July 26, 2018 |
| | | Def. Ex. 98 | | Civil FX Demonstrative Aerial and plot plans |
| | *Stipulated* 1.30.20 | Def. Ex. 99 | | JD Eaton, Real Estate Valuation in Litigation, Chapter 11 |
| | *Stipulated* 1.30.20 | Def. Ex. 101 | | Guidenote 11, Comparable Selection in a Declining Market |
| | *Stipulated* 1.30.20 | Def. Ex. 102 | | Land Sales Chart |
| | *Stipulated* 1.30.20 | Def. Ex. 103 | | Land Sales Map |

EXHIBIT LIST          page 17

Exhibits for:  Defendant Sheahan Landowners

| | | | |
|---|---|---|---|
| *Stipulated* 1.30.20 | Def. Ex. 104 | | Summary Adjustment Chart |
| *Stipulated* 1.30.20 | Def. Ex. 105 | | Land Sale 1 data sheet |
| *Stipulated* 1.30.20 | Def. Ex. 106 | | Stipulation of Dismissal, County of Clark v. Tien Fu Hsu |
| *Stipulated* 1.30.20 | Def. Ex. 107 | | Co-Star for Land Sale 1 |
| *Stipulated* 1.30.20 | Def. Ex. 108 | | Land Sale 2 data sheet |
| *Stipulated* 1.30.20 | Def. Ex. 109 | | Co-Star for Land Sale 2 |
| *Stipulated* 1.30.20 | Def. Ex. 110 | | Land Sale 3 data sheet |
| *Stipulated* 1.30.20 | Def. Ex. 111 | | Co-Star for Land Sale 3 |
| *Stipulated* 1.30.20 | Def. Ex. 112 | | Land Sale 4 data sheet |
| *Stipulated* 1.30.20 | Def. Ex. 113 | | Co-Star for Land Sale 4 |
| *Stipulated* 1.30.20 | Def. Ex. 114 | | Land Sale 5 data sheet |
| *Stipulated* 1.30.20 | Def. Ex. 115 | | Co-Star for Land Sale 5 |
| *Stipulated* 1.30.20 | Def. Ex. 116 | | Summary valuation chart |

EXHIBIT LIST          page 18

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | *Stipulated* 1.30.20 | Def. Ex. 117 | | Summary Comparable Sales Reconciliation |
| | | Def. Ex. 118 | | Discounted Cash Flow Analysis |
| | | Def. Ex. 119 | | Aerial photo showing mining related locations |
| | | Def. Ex. 120 | | Curriculum Vitae, Thomas D. Driggs |
| | | Def. Ex. 122 | | Table 1 Vested Surface Water Claims |
| | | Def. Ex. 123 | | Table 2 Vested Groundwater Claims |
| | | Def. Ex. 124 | | NRS 533.370 Permit Criteria |
| | | Def. Ex. 125 | | Table 3 Perennial Yield & Groundwater Outflow |
| | | Def. Ex. 126 | | Table 4 Groom Lake Committed Water Rights |
| | | Def. Ex. 127 | | Table 5 Project Water Consumption Scenarios |
| | | Def. Ex. 128 | | White Lake & Conception and East End No. 2 |
| | | Def. Ex. 129 | | Aerial Map of Groom Mine Flowing Springs |
| | | Def. Ex. 130 | | Hydrographic Basin Summary By Manner of Use |

EXHIBIT LIST          page 19

Exhibits for:  Defendant Sheahan Landowners

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Def. Ex. 131 |  | Hydrographic Abstract From Groom Lake – Basin 158A |
|  |  | Def. Ex. 132 |  | Aerial Map of a Portion of Groom Lake Valley Basin 158A |
|  |  | Def. Ex. 133 |  | Proposed Project Fixture Count |
|  |  | Def. Ex. 134 |  | Large Aerial – Designated Groundwater Basins of Nevada, May 2009 - Basin 158-A |
|  |  | Def. Ex. 136 |  | A Historical Summary of the Groom Mine, Lincoln County, Nevada |
|  |  | Def. Ex. 137 |  | Ruling #5644 |
|  |  | Def. Ex. 138 |  | Aerial Photo of proposed well location |
|  |  | Def. Ex. 139 |  | Well Design and Surface Completion Schematic |
|  |  | Def. Ex. 140 |  | Technical Memorandum |
|  |  | Def. Ex. 144 |  | Richard J. Roddewig CV |
|  |  | Def. Ex. 145 |  | List of Temporary Licensure for Richard J. Roddewig |

EXHIBIT LIST          page 20

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 146 | | Qualifications and Competency of the Appraisers Related to Special Purpose Properties, Scenic Lands, Heritage Tourism Properties, and Mineral and Mining Interests |
| | | Def. Ex. 147 | | Charles T. Brigdon CV |
| | | Def. Ex. 148 | | Map showing location of the Subject Property |
| | | Def. Ex. 149 | | Regional Location Map |
| | | Def. Ex. 150 | | Map showing Groom Lake, Area 51 and Subject Property |
| | | Def. Ex. 151 | | Site Analysis |
| | | Def. Ex. 152 | | Project Identification |
| | | Def. Ex. 153 | | Highest and Best Use Analysis |
| | | Def. Ex. 154 | | Market Analysis |
| | | Def. Ex. 155 | | Lincoln County Market Area and Economic Conditions |
| | | Def. Ex. 156 | | Nevada Economic Conditions |
| | | Def. Ex. 157 | | Economic Conditions of the Las Vegas Market |
| | | Def. Ex. 158 | | Tourism Potential of the Groom Mine |

EXHIBIT LIST          page 21

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 159 | | Nevada Gaming Commission and Nevada Gaming Control Board Report |
| | | Def. Ex. 160a | | Overnight Lodging Analysis For Heritage Sites |
| | | Def. Ex. 160b | | Overnight Lodging Analysis For Heritage Sites |
| | | Def. Ex. 161 | | Historic Mining Attractions in Nevada |
| | | Def. Ex. 162 | | Historic Mining Attractions in California and Arizona |
| | | Def. Ex. 163 | | Military Base and Museum Tourism |
| | | Def. Ex. 164 | | Limited / Restricted Access Tourism |
| | | Def. Ex. 165 | | Wikipedia description of Area 51 |
| | | Def. Ex. 166 | | Area 51 Information Study |
| | | Def. Ex. 167 | | General Articles About Area 51 |
| | | Def. Ex. 168 | | International Movie Database Digital Media Referencing Area 51 |
| | | Def. Ex. 169 | | Listopia – Books Referencing Area 51 |

EXHIBIT LIST          page 22

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 170 | | Bestselling UFO Book Reveals New Evidence, Encounters, and Insider Accounts, article |
| | | Def. Ex. 171 | | "Top 10 Lists" referencing Area 51 |
| | | Def. Ex. 172 | | Area 51 Sightseeing article, USA Today |
| | | Def. Ex. 173 | | The Road to Area 51 article, LA Times |
| | | Def. Ex. 174 | | Top Secret Tourism, Secrets of Area 51 |
| | | Def. Ex. 175 | | Hillary Clinton to Expose Area 51 and Release UFO Files if Elected U.S. President, article Inquisitr |
| | | Def. Ex. 176 | | Hillary Clinton Gives U.F.O. Buffs Hope She Will Open the X-Files, article NYTimes |
| | | Def. Ex. 177 | | A Drive Down the Extraterrestrial Highway |
| | | Def. Ex. 178 | | Lonesome Highway to Another World?, NY Times |
| | | Def. Ex. 179 | | Lincoln County and Nye County Traffic Counts |
| | *Stipulated* 1.30.20 | Def. Ex. 180 | | Nevada National Security Site Public Tour information |
| | | Def. Ex. 181 | | Roswell, New Mexico UFO-Related Tourism Information |
| | | Def. Ex. 182 | | Definition of Special Purpose and Limited Market Properties |

EXHIBIT LIST          page 23

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 183 | | Special Purpose, Limited Market, and Trophy Property Characteristics of the Groom Mine Property |
| | | Def. Ex. 184 | | Advantage Cubs: A Comprehensive Look at Section 6 of the Rooftop Contract, article |
| | | Def. Ex. 185 | | Cubs, rooftop owners cut a deal, article |
| | | Def. Ex. 186 | | Cubs owner buys 3 Wrigley rooftops, article |
| | | Def. Ex. 187 | | Here's how much the Cubs owners paid for their rooftops, article |
| | | Def. Ex. 188 | | Ricketts family buys 10th Wrigley Field rooftop, article |
| | | Def. Ex. 189 | | Ricketts family now controls majority of Wrigley Field rooftops, article |
| | | Def. Ex. 190 | | Ricketts gains upper hand in Wrigleyville battle, article |
| | | Def. Ex. 191 | | Cameron Steinagel C.V. |
| | | Def. Ex. 194 | | Summary of demand and willingness to pay calculations |
| | | Def. Ex. 195 | | Back of the Envelope Return Analysis |
| | | Def. Ex. 196 | | Summary of traffic count numbers |
| | | Def. Ex. 197 | | CAGR Charts |

EXHIBIT LIST          page 24

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 198 | | Summary of % and total visits to nearby places |
| | | Def. Ex. 201 | | Terrence Clauretie C.V. |
| | | Def. Ex. 204 | | Valuation Summary |
| | | Def. Ex. 205 | | Capitalization Rates |
| | | Def. Ex. 206 | | Table One Profit and Loss Statmenet for Potential Concessionarire |
| | *Stipulated* 1.30.20 | Def. Ex. 209 | | Qualifications of Keith Harper, MAI |
| | *Stipulated* 1.30.20 | Def. Ex. 210 | | Keith Harper Summary of Selected Appraisal Assignments |
| | | Def. Ex. 212 | | Declaration of Priscilla Travis |
| | | Def. Ex. 213 | | Statement of Sheryl R. Johnson |
| | | Def. Ex. 214 | | Statement of Lois Alfano |
| | | Def. Ex. 215 | | Statement of Elizabeth Pickett |
| | | Def. Ex. 216 | | Statement of Mary Love-Isom |

EXHIBIT LIST          page 25

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 218 | | Driggs Report |
| | | Def. Ex. 219 | | Grand Canyon West |
| | | Def. Ex. 224 | | U.S. Census Data for US population with those 18 years and older |
| | *Stipulated* 1.30.20 | Def. Ex. 227 | | Alien Research Center ("ARC") Sign Photo |
| | *Stipulated* 1.30.20 | Def. Ex. 228 | | ARC exterior Photo |
| | | Def. Ex. 229 | | ARC exterior Photo |
| | | Def. Ex. 230 | | ARC exterior Photo |
| | | Def. Ex. 231 | | ARC interior Photo |
| | *Stipulated* 1.30.20 | Def. Ex. 232 | | Alien Research Center Brochures |
| | | Def. Ex. 234 | | Neil Opfer Resume |
| | | Def. Ex. 235 | | C.V. Neil Opfer |
| | | Def. Ex. 237 | | Groom Mine Recreational Tourism Infrastructure Facilities Construction Cost Estimate |
| | | Def. Ex. 238 | | R.S. Means Costs 2016 Sq. Ft. Cost Book |

EXHIBIT LIST          page 26

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 244 | | September 30, 2016; Estimating References - R.S. Means 2016 Books |
| | | Def. Ex. 246 | | Site Layouts Alternative I |
| | | Def. Ex. 247 | | Aerial Maps with site layouts |
| | | Def. Ex. 248 | | Site View with proposed well location |
| | | Def. Ex. 249 | | Well Design Report and Estimate |
| | | Def. Ex. 250 | | Site development demonstrative video for Alternative I |
| | | Def. Ex. 253 | | Pictures from site visit |
| | | Def. Ex. 254 | | Plaintiff United States of America's Initial Disclosures, 2.29.16 |
| | | Def. Ex. 255 | | Master List/Entry Control Log |
| | | Def. Ex. 256 | | Groom Mine Trip List 5.24.12-5.28.12 |
| | | Def. Ex. 257 | | Good Neighbor Policy, April 2013 |
| | | Def. Ex. 258 | | Email Terry Ochal to Joe Sheahan 4.26.13 |

EXHIBIT LIST          page 27

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 262 | | CIM Definition Standards |
| | | Def. Ex. 264 | | Groom Claim Map |
| | | Def. Ex. 265 | | 9.22.1944 Diamond Drill Hole Coordinates and Remarks |
| | | Def. Ex. 266 | | 7.28.1945 Diamond Drill Hole Coordinates |
| | | Def. Ex. 267 | | 7.3.1945 Churn Drill Hole Coordinates and Remarks |
| | | Def. Ex. 268 | | Drill Hole Log Summary |
| | | Def. Ex. 269 | | 1945 Assay Results Hole #7 |
| | | Def. Ex. 270 | | Geology of the Groom District, Fred L. Humphrey June 1945 |
| | | Def. Ex. 271 | | Geology and Mineral Deposits of Lincoln County, NV (1970); Tschanz and Pampeyan |
| | | Def. Ex. 272 | | Nevada Bureau of Mines Bulletin 73, Plate 4 |
| | | Def. Ex. 273 | | 1977 Ltr Freeport Exploration Co. |
| | | Def. Ex. 274 | | Administrative Report 1978; Norberg |
| | | Def. Ex. 275 | | 9.26.1988 Dawson Metallurgical Laboratories |

EXHIBIT LIST            page 28

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 276 | | NBMG Open File Report 98-1, Tingley 1998 Vol. I |
| | | Def. Ex. 277 | | Mine Maps |
| | | Def. Ex. 278 | | Appraisal Groom Mine; McClung et al |
| | | Def. Ex. 279 | | Evaluation Study Groom Mine Appraisal; M.C. Godbe 10.14.1988 |
| | | Def. Ex. 280 | | NBMG Open File Report 86-9: Mineral Inventory and Geochemical Survey Groom Mountain Range, Lincoln County Nevada; Quade and Tingley |
| | | Def. Ex. 281 | | Geologic Map of Pahranagat Range 30x60 Quadrangle (2007); Jayko |
| | | Def. Ex. 282 | | Geologic Map of Pahranagat Range 30x60 Quadrangle (2007) pamphlet; Jayko |
| | | Def. Ex. 283 | | Report Fig. 4 |
| | | Def. Ex. 284 | | Report Fig. 5 |
| | | Def. Ex. 285 | | CivilFX Claim location map |
| | | Def. Ex. 286 | | Groom Mountain Range: Archaelogical Reconnaissance study; August 1986 |
| | | Def. Ex. 287 | | Appraisal of Groom Mine, Hulse 12.10.1986 |

EXHIBIT LIST          page 29

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 288 | | Date order Smelter Receipts |
| | | Def. Ex. 289 | | Groom District Annual Report Notes |
| | | Def. Ex. 290 | | 3.3.83 Ltr Garratt Geoservices |
| | | Def. Ex. 291 | | The 2014 SME Guide |
| | | Def. Ex. 292 | | 2011 Toral NI-43-101 (Bartlett) |
| | | Def. Ex. 293 | | Groom Topo Map |
| | | Def. Ex. 294 | | Ore Deposits (Park and MacDiarmid) |
| | | Def. Ex. 295 | | 5.28.13 Memorandum from M. Shumaker |
| | | Def. Ex. 296 | | Photographs of Mining |
| | | Def. Ex. 297 | | Groom Mine Tonnage Calculations |
| | | Def. Ex. 298 | | Altair Article |
| | | Def. Ex. 302 | | Comparison of Exploration Data Area Groom Mine |
| | | Def. Ex. 303 | | Springer Map 6, Cross Section 1 and 2 |

EXHIBIT LIST          page 30

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 304 | | Appraisal Groom Mine; McClung et al [*Duplicate 278*] |
| | | Def. Ex. 305 | | Evaluation Study Groom Mine Appraisal; M.C. Godbe 10.14.1988 [*Duplicate 279*] |
| | | Def. Ex. 308 | | MVS Appraisal Report Erratum No. 2, 7.19.18 – *Redacted* |
| | | Def. Ex. 308a | | MVS value reconciliation excel |
| | | Def. Ex. 310 | | USGS Rpt |
| | | Def. Ex. 311 | | Frazier Inst. Survey of Mining Companies |
| | | Def. Ex. 312 | | Golden Tag NI 43-101, 4.12.13 |
| | | Def. Ex. 313 | | Stockwatch Report 4.9.2015 |
| | | Def. Ex. 314 | | Stockwatch Report 4.12.16 |
| | | Def. Ex. 315 | | Stockwatch Report 7.30.13 |
| | | Def. Ex. 316 | | Stockwatch Report 11.2.05 |
| | | Def. Ex. 317 | | Stockwatch Report 1.28.08 |
| | | Def. Ex. 318 | | Timeline San Diego Sale |

EXHIBIT LIST          page 31

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 319 | | Timeline Taylor Sale |
| | | Def. Ex. 320 | | Technical Paper: Sale Comparison valuation |
| | | Def. Ex. 321 | | Technical Paper: The Sales comparison method |
| | | Def. Ex. 322 | | Stockwatch Report 12.13.2010 |
| | | Def. Ex. 323 | | May 2018 Email Collins |
| | | Def. Ex. 324 | | Silver Equivalents Calculations |
| | | Def. Ex. 325 | | SME Standards and Guidelines for Valuation of Mineral Properties first Edition, 2016 |
| | | Def. Ex. 326 | | News Release: Golden Tag Enters Option Agreement on Silver-Gold Property in Mexico |
| | | Def. Ex. 327 | | Golden Tag Management Discussion and Report for the Period to September 30, 2016, Dated 11.15.16 |
| | | Def. Ex. 328 | | Silver Predator, Corp. Interim Condense Consolidated Financial Statements |
| | | Def. Ex. 329 | | 11.18.46 Horace P. Sheahan Hon. Discharge Army |
| | | Def. Ex. 330 | | AEC Letter 12.5.51 |
| | | Def. Ex. 331 | | Letter University of California 1.3.52 |

EXHIBIT LIST          page 32

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 332 | | Letter University of California 1.17.52 |
| | | Def. Ex. 333 | | Letter University of California 2.16.53 |
| | | Def. Ex. 334 | | Memo 6.10.53 Re AEC Effects GM Plaintiff Exhibit No. 19 |
| | | Def. Ex. 335 | | President Bush commendation (ECF No. 132-6) |
| | | Def. Ex. 336 | | 11.15.1951 Journal Entry |
| | | Def. Ex. 337 | | 3.21.1953 Journal Entry |
| | | Def. Ex. 338 | | 1952 Journal Entry |
| | | Def. Ex. 339 | | 6.10.1953 Memo 132-8 Exhibit 8 [*Duplicate 334*] |
| | | Def. Ex. 340 | | 6.23.54 Journal Entry (ECF No. 132-17) |
| | | Def. Ex. 341 | | 7.6.54 Mill Fire Rpt. |
| | | Def. Ex. 342 | | 7.7.54 Letter to Government (ECF No. 132-12) |
| | | Def. Ex. 343 | | 1.15.55 Wroth letter Re USAF shootings |
| | | Def. Ex. 344 | | 7.6.1955 Letter Sheahan to AEC re treatment |
| | | Def. Ex. 345 | | 7.6.1955 Letter Sheahan to USAF re shootings |

EXHIBIT LIST          page 33

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 346 | | 8.5.1955 Letter Sheahan to AEC |
| | | Def. Ex. 347 | | 1955's Affidavits Re Shootings |
| | | Def. Ex. 348 | | 7.6.1954 report by Paul E. Zink [*Duplicate 341*] |
| | | Def. Ex. 349 | | Daniel Sheahan Depo 1957 |
| | | Def. Ex. 350 | | Martha Sheahan Depo 1957 |
| | | Def. Ex. 351 | | 1.24.1960 Letter to Sen. Bible |
| | | Def. Ex. 352 | | 4.27.1960 Sheahan letter to Sen. Bible |
| | | Def. Ex. 353 | | 4.6.1953 letter Sheahan to AEC Re Disruptions & Cost |
| | *Stipulated* 1.30.20 | Def. Ex. 354 | | 1953.6 National Geographic |
| | | Def. Ex. 355 | | Atomic Test List – Plaintiff Ex. 19 |
| | | Def. Ex. 356 | | 5.4.1956 list of Rad monitors on SP |
| | | Def. Ex. 357 | | Atomic Test List |

EXHIBIT LIST          page 34

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 358 | | Facebook-Storm Area 51 interested & going |
| | | Def. Ex. 359 | | Facebook Storm Area 51 Summary |
| | | Def. Ex. 360 | | 7.15.19 NY Post-Viral Area 51 'raid' amasses 1 million recruits, gets Air Force warning |
| | | Def. Ex. 361 | | 7.15.19 TMZ-Area 51 Raiders have a bumpy road ahead |
| | | Def. Ex. 362 | | 7.26.19 Yahoo News-Nevada Senator: Don't Storm Area 51 |
| | | Def. Ex. 363 | | 7.16.19 Fox News- 'Storm Area 51 social media movement is getting somewhat out of hand; says UFO expert |
| | | Def. Ex. 364 | | 8.12.19 USA Today- After 'Storm Area 51' gets 2 million RSVPs, its creator announces alien-themed music fest |
| | | Def. Ex. 365 | | 8.19.19 TIME-How a Small Nevada Town Is Bracing Itself for 'Alienstock,' the Area 51 Music Festival |
| | | Def. Ex. 366 | | 8.21.19 NY Post- Emergency declaration issued ahead of 'Storm Area 51' event |
| | | Def. Ex. 367 | | 8.21.19 USA Today- 'Storm Area 51' event pushes rural Nevada county to declare emergency |
| | | Def. Ex. 368 | | 2.2.19 Las Vegas Review-Journal-Nye County signs emergency declaration for 'Storm Area 51' event |

EXHIBIT LIST          page 35

Exhibits for:  Defendant Sheahan Landowners

| | | | | |
|---|---|---|---|---|
| | | Def. Ex. 369 | | 8.30.19 Las Vegas Review-Journal-Rural Nevada businesses brace for 'Storm Area 52' Alien stock |
| | | Def. Ex. 370 | | 9.3.19 Las Vegas Review-Journal-Businesses set for Alienstock |
| | | Def. Ex. 371 | | 9.11.19 TMZ-Yo, Don't Raid For Aliens ... |
| | | Def. Ex. 372 | | 9.12.19 BBC-Is Alienstock still happening near Area 51? |
| | | Def. Ex. 373 | | 9.13.19 Fox News-Bud Light promises Area 51 aliens 'exclusive' beer at Las Vegas event |
| | | Def. Ex. 374 | | 9.20.19 AirForce Tweet |
| | | Def. Ex. 375 | | 9.21.19 AirForceTimes-DoD apologizes for tweet suggesting millennials |
| | | Def. Ex. 376 | | 9-16-2019-Trina Traffic Information System;Short-term Hourly Volume0170009 |
| | | Def. Ex. 377 | | 12.27.18 Email Ron Throupe to James Leavitt |
| | | Def. Ex. 378 | | Inventory and Evaluation of Historic Lincoln County Transportation Systems for the National Register of Historic Places, Phase One. January 20, 2012 |
| | | Plft. Ex. 045 | | 1984 Withdrawal September 18 (FRE 106) |
| | | Plft. Ex. 053 | | Public Law 1984 Withdrawal (FRE 106) |

EXHIBIT LIST          page 36

Exhibits for:  Defendant Sheahan Landowners

| | | Plft. Ex. 536 | | Roswell UFO Museum Website |
|---|---|---|---|---|
| | | | | |