LAW OFFICES OF KERMITT L. WATERS
Kermitt L. Waters, Esq., Bar No. 2571
kermitt@kermittwaters.com
James J. Leavitt, Esq., Bar No. 6032
jim@kermittwaters.com
Michael A. Schneider, Esq., Bar No. 8887
michael@kermittwaters.com
Autumn L. Waters, Esq., Bar No. 8917
autumn@kermittwaters.com
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     (702) 733-8877
Facsimile:      (702) 731-1964

Attorneys for Defendants
Sheahan Landowners

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,<br><br>  Defendants. | Case No. 2:15-cv-01743-MMD-NJK<br><br>**STIPULATION REGARDING CERTAIN EXHIBITS IN EVIDENCE** |

    The Parties respectfully submit the following Stipulation Regarding Certain Exhibits In Evidence to clarify the record. The Parties seek to withdraw certain exhibits from evidence which were previously stipulated admissible by the Parties but which were not used at trial. Additionally, the parties seek to identify certain exhibits previously stipulated admissible which shall remain in evidence even though not used at trial.

**RECITALS**

WHEREAS, on January 29, 2020, the Parties stipulated to the admissibility of certain exhibits (ECF No. 582). The Court approved this stipulation on January 30, 2020;

WHEREAS, the trial of this matter concluded on February 18, 2020;

WHEREAS, certain exhibits that were entered into evidence as a result of the Court's approval of ECF No. 582 where not used by either party at the trial of this matter;

WHEREAS, the Parties would like to identify those stipulated exhibits which should be withdrawn and which should remain in evidence; and,

WHEREAS, the Parties respectfully request that the Court so order the below stipulation.

**STIPULATION**

NOW THEREFORE, the Parties hereby stipulate and agree that the following Plaintiff's exhibits be withdrawn from evidence: 24, 29, 33, 50, 52, 228, 276, 279, 280, 283, 292, 311, 341, 360, 364, 459, 521, 538, 546, 547, 557.

NOW THEREFORE, the Parties hereby stipulate and agree that the following Defendants' exhibits be withdrawn from evidence: 7.2a, 7.7d, 7.7e, 7.7f, 7.9a, 7.15a, 26, 66c, 66e, 103, 227.

NOW THEREFORE, the Parties hereby stipulate and agree that the following Defendants' exhibits shall remain in evidence: 54, 66, 69c, 73, 87.

WHEREFORE, the Parties respectfully request that the Court so order the above stipulation.

**IT IS SO ORDERED:**

Dated: February 24, 2020

_____
MIRANDA M. DU
United States District Judge

FOR THE PARTIES:

Dated February 20, 2020

**FOR PLAINTIFF**:

*/s/ Eugene N. Hansen*
EUGENE N. HANSEN
ANTHONY C. GENTNER
MARK C. ELMER
READE E. WILSON
Trial Attorneys
U.S. Department of Justice

*Counsel for the United States*


**FOR THE SHEAHAN LANDOWNERS**


*/s/ James J. Leavitt*
KERMITT L. WATERS, Bar No. 2571
JAMES J. LEAVITT, Bar No. 6032
MICHAEL A. SCHNEIDER, Bar No. 8887
AUTUMN L. WATERS, Bar No. 8917
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 733-8877
Email: jim@kermittwaters.com

*Counsel for Defendant Sheahan Landowners*


**FOR THE TANIS LANDOWNERS**


*/s/ John R. Funk*
MARK H. GUNDERSON, Bar No. 2134
JOHN R. FUNK, Bar No. 12372
AUSTIN K. SWEET, Bar No. 11725
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
Email: jfunk@gundersonlaw.com

*Counsel for Defendant Tanis Landowners*