NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Deputy Civil Chief
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

EUGENE N. HANSEN
ANTHONY C. GENTNER
MARK C. ELMER
READE E. WILSON
Trial Attorneys, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202-305-0301
Facsimile: 202-514-8865
Email: eugene.hansen@usdoj.gov
anthony.gentner@usdoj.gov
mark.elmer@usdoj.gov
reade.wilson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>400 ACRES OF LAND, more or less, situate in Lincoln County, State of Nevada; and JESSIE J. COX, et al.,<br><br>Defendants. | Case No. 2:15-cv-01743-MMD-NJK<br><br>**STIPULATION REGARDING DEADLINE FOR FILING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1  The Parties respectfully submit the following Stipulation Regarding Deadline for Filing Proposed Findings of Fact and Conclusions of Law:

### RECITALS

WHEREAS, the current Scheduling Order entered by the Court contemplates each party filing Proposed Findings of Fact and Conclusions of Law 30 days after service of the trial transcripts, if so requested by the Commission (Dkt. 506);

WHEREAS, the Commission has requested that each party submit Proposed Findings of Fact and Conclusions of Law;

WHEREAS, the Commission instructed the parties to file a stipulation upon receipt of the final transcript in order to set the 30-day deadline for filing Proposed Findings of Fact and Conclusions of Law;

WHEREAS, the parties received the final trial transcripts from the court reporter on March 17, 2020; and

WHEREAS, 30 days following March 17, 2020 is April 16, 2020.

### STIPULATION

NOW THEREFORE, the parties stipulate that each party shall file its Proposed Findings of Fact and Conclusions of Law on or before April 16, 2020.  The parties further stipulate that their respective filings shall be simultaneous and completed by 2:00pm pacific time on April 16, 2020.

WHEREFORE, the Parties respectfully request that the Court so order the above stipulation.

**SO ORDERED:**

_____
THE HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2020

1

FOR THE PARTIES:

Dated: March 17, 2020

**FOR PLAINTIFF**:

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Deputy Civil Chief
District of Nevada


*/s/ Eugene N. Hansen*
EUGENE N. HANSEN
ANTHONY C. GENTNER
MARK C. ELMER
READE E. WILSON
Trial Attorneys
U.S. Department of Justice

*Counsel for the United States*


**FOR THE SHEAHAN LANDOWNERS**


*/s/ Michael A. Schneider*
KERMITT L. WATERS, Bar No. 2571
JAMES J. LEAVITT, Bar No. 6032
MICHAEL A. SCHNEIDER, Bar No. 8887
AUTUMN L. WATERS, Bar No. 8917
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 733-8877
Email: jim@kermittwaters.com

*Counsel for Defendant Sheahan Landowners*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **FOR THE TANIS LANDOWNERS** |
| 4 | |
| 5 | */s/ John R. Funk* |
| 6 | MARK H. GUNDERSON, Bar No. 2134 |
| 7 | JOHN R. FUNK, Bar No. 12372 |
|   | AUSTIN K. SWEET, Bar No. 11725 |
| 8 | 3895 Warren Way |
|   | Reno, Nevada 89509 |
| 9 | Telephone: (775) 829-1222 |
|   | Email: jfunk@gundersonlaw.com |
| 10 | |
| 11 | *Counsel for Defendant Tanis Landowners* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I caused the foregoing Stipulation Regarding Deadline for Filing Proposed Findings of Fact and Conclusions of Law to be served on all Parties who have appeared in this action using the Court's case management/electronic case filing system. I further certify that on March 17, 2020, the United States sent a copy of the foregoing via U.S. mail to the following interested Parties:

| | |
|---|---|
| Sandra Sears-Lavallee<br>1172 Skyline Road<br>Henderson, NV 89002 | Debbie DeVito<br>c/o Stanley Pedder<br>3445 Golden Gate Way<br>Lafayette, CA 94549 |
| John B. Sheahan<br>address unknown | Melanie Goodpasture<br>P.O. Box 7044<br>Cotati, CA 94931 |
| Deborah Lynn Sheahan<br>4662 Gabriel Drive<br>Las Vegas, NV 89121 | House Rabbit Society<br>c/o Anne Martin (Registered Agent)<br>148 Broadway<br>Richmond, CA 94804 |
| Diane Sibley-Origlia<br>1615 Via Romero<br>Alamo, CA 94507 | Animal Place<br>c/o Kim Sturla (Registered Agent)<br>17314 McCourtney Road<br>Grass Valley, CA 95949 |
| Katherine Kell<br>c/o Stanley Pedder<br>3445 Golden Gate Way<br>Lafayette, CA 94549 | Hui Chu Poole<br>165 Lakewood Road<br>Walnut Creek, CA 94598 |
| Amy E. Sears<br>P.O. Box 71<br>Pioche, NV 89043 | |

/s/*Eugene N. Hansen*
Eugene N. Hansen