UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JESSIE JAMES COX, *et al.*,<br><br>Defendants,<br><br>and<br><br>400 ACRES OF LAND, MORE OR LESS, SITUATED IN LINCOLN COUNTY, STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01743-MMD-NJK<br><br>ORDER |

The Court hereby clarifies the Amended Order Directing Entry of Final Judgment and Distribution of Just Compensation (ECF No. 682) entered on February 8, 2021. Under that amended order, registry funds were withdrawn and disbursed to the payees. Interested party Debbie DeVito, formally known as Catherine Debra DeVito, was to receive total compensation in the amount of Eight Hundred Eighty-One Dollars and Sixty-Eight Cents ($881.68). Debbie DeVito passed away on April 18, 2018. Total compensation for Catherine Debra DeVito is accordingly to be disbursed to her estate's trustee, and her surviving child, Aaron C. Bradley.

It is therefore ordered that these registry funds in the amount of $881.68, plus interest, are to be made payable to Aaron C. Bradley, as the decedent's trustee and surviving child.

DATED THIS 18th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE